| FORM B1 | **United States Bankruptcy Court**<br>_WESTERN_ District of _NEW YORK_ | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>_P&D Manufacturing, Inc.,_<br>_a Corporation_ | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>_fdba Winross_ | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all) 59-3694081 | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.<br>(if more than one, state all) |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>_855 Publishers Parkway_<br>_Webster NY 14580_ | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: _Monroe_ | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>_SAME_ | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(If different from street address above): _SAME_ | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

☐ Individual(s)　　　　　　☐ Railroad
☒ Corporation　　　　　　☐ Stockbroker
☐ Partnership　　　　　　☐ Commodity Broker
☐ Other _____　　☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☒ Chapter 7　　☐ Chapter 11　　☐ Chapter 13
☐ Chapter 9　　☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

☐ Consumer/Non-Business　　☒ Business

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

# Voluntary Petition
*(This page must be completed and filed in every case)*

| Name of Debtor(s): | FORM B1, Page 2 |
|---|---|
| *P&D Manufacturing, Inc., a Corporation* | |

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *Lowe, David & Patricia* | | *immediately after* |
| District: | Relationship: | Judge: |
| *WDNY* | *Affiliate* | *John C. Ninfo, II* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X */s/ Raymond C. Stilwell, Esq.*
Signature of Attorney for Debtor(s)

*Raymond C. Stilwell, Esq.*
Printed Name of Attorney for Debtor(s)

*ADAIR KAUL MURPHY AXELROD & SANTORO LLP*
Firm Name

*300 Linden Oaks*
Address

*Suite 220*

*Rochester NY  14625*

*(585)248-3800*        *2/26/2004*
Telephone Number        Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ David Lowe*
Signature of Authorized Individual

*David Lowe*
Printed Name of Authorized Individual

*Vice President*
Title of Authorized Individual

*2/26/2004*
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____   *2/26/2004*
Signature of Attorney for Debtor(s)        Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In re *P&D Manufacturing, Inc., a  Corporation*

    *fdba Winross*

Case No.

Chapter  *7*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's  liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $      0.00 | | |
| B-Personal Property | *Yes* | *2* | $      0.00 | | |
| C-Property Claimed as Exempt | *No* | *0* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $      0.00 | |
| E-Creditors Holding Unsecured Priority Claims | *Yes* | *52* | | $   111,995.57 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *18* | | $   801,560.11 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *No* | *0* | | | $      0.00 |
| J-Current Expenditures of Individual Debtor(s) | *No* | *0* | | | $      0.00 |
| Total Number of Sheets in All Schedules ▶ | | *76* | | | |
| Total Assets ▶ | | | $      0.00 | | |
| Total Liabilities ▶ | | | | $   913,555.68 | |

In re *P&D Manufacturing, Inc., a  Corporation* _____ / Debtor    Case No. _____
                                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, *David Lowe* _____. *Vice President* _____ of the *Corporation* _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    _77_  sheets,
and that they are true and correct to the best of my knowledge, information, and belief.

Date:  *2/26/2004* _____        Signature  */s/ David Lowe* _____
                                                        Name: *David Lowe*
                                                        Title:  *Vice President*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

FORM B6D (12/03) West Group, Rochester, NY

In re _P&D Manufacturing, Inc._ _____ / Debtor    Case No._____
(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>_Creditor # : 1_<br>_Canandaigua National Bank_<br>_73 South Main Street_<br>_Canandaigua NY 14424_ | | _2001_<br>_Purchase Money Security_<br><br><br>Value: _$ 0.00_ | | | | _Unknown_ | _$ 0.00_ |
| Account No: | | <br><br><br>Value: | | | | | |
| Account No: | | <br><br><br>Value: | | | | | |
| Account No: | | <br><br><br>Value: | | | | | |

No continuation sheets attached

|  | Subtotal $<br>(Total of this page) | _0.00_ |
|---|---|---|
|  | Total $<br>(Use only on last page. Report total also on Summary of Schedules) | _0.00_ |

Case 2-04-20728-JCN,    Doc 1,    Filed 02/28/04,    Entered 02/28/04 14:11:11,
Description: Main Document , Page 5 of 135

In re _P&D Manufacturing, Inc._____/ Debtor     Case No._____

<div align="right">(if known)</div>

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☒ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☒ **Deposits by individuals**
Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

<div align="center">*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.</div>

<div align="center">___51___ continuation sheets attached</div>

In re _P&D Manufacturing, Inc._ _____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    _Wages, salaries, and commissions_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1 Turn Chan 20 Burning Bush Drive Rochester NY 14606 | | 2004 Wages | | | | $ 91.50 | $ 91.50 |
| Account No: Creditor # : 2 Kevin DeRoller 1231 Lake Point Drive Webster NY 14580 | | 2004 Wages | | | | $ 37.50 | $ 37.50 |
| Account No: Creditor # : 3 Mike Dinsmore  61 Sandalwood Drive Rochester NY 14616 | | 2004 Wages | | | | $ 237.50 | $ 237.50 |
| Account No: Creditor # : 4 Anthony Mattiucci 925 Little Pond Way Webster NY 14580 | | 2004 Wages | | | | $ 52.50 | $ 52.50 |
| Account No: Creditor # : 5 Don Mazzola 34 Williamsburg Drive Fairport NY 14450 | | Disputed commission claim | X | X | X | $ 0.00 | $ 0.00 |
| Account No: Creditor # : 6 Brian Miller 2 Goebel Street Rochester NY 14620 | | 2004 Wages | | | | $ 42.00 | $ 42.00 |
| Account No: Creditor # : 7 Mike Rank 715 Brookeville Drive Webster NY 14580 | | 2004 Wages | | | | $ 16.50 | $ 16.50 |

Sheet No. _1_ of _51_ continuation sheets attached to

Schedule of Creditors

Subtotal $    477.50

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____ / Debtor     Case No._____

<div align="right">(if known)</div>

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

TYPE OF PRIORITY    _Wages, salaries, and commissions_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim <br> H--Husband <br> W--Wife <br> J--Joint <br> C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: <br> _Creditor # : 8_ <br> _Brandon Rawlins_ <br> _1106 Nestwood Lane_ <br> _Webster NY 14580_ | | _2004_ <br> _Wages_ | | | | _$ 82.50_ | _$ 82.50_ |
| Account No: <br> _Creditor # : 9_ <br> _Cory Walker_ <br> _1020 Shoemaker Road_ <br> _Webster NY 14580_ | | _2004_ <br> _Wages_ | | | | _$ 25.50_ | _$ 25.50_ |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _2_ of _51_ continuation sheets attached to

Schedule of Creditors

<div align="right">Subtotal $    _108.00_ <br> (Total of this page)</div>

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules.)

In re _P&D Manufacturing, Inc._____ / Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY     _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: _Creditor # : 10_ _Mike Absher_ _5575 Giddie Dr_ _Winston Salem NC 27105_ | | _2004_ _Price of unfurnished product_ _order may have been shipped_ | | | | _$ 52.50_ | _$ 52.50_ |
| Account No: _Creditor # : 11_ _Edwin Adamczyk_ _7795 Oakland Pl_ _Waterford MI 48327_ | | _2004_ _Price of unfurnished product_ | | | | _$ 655.00_ | _$ 655.00_ |
| Account No: _Creditor # : 12_ _Rob Ahlers_ _66 W Nimisila Road_ _Akron OH 44319_ | | _2004_ _Price of unfurnished product_ | | | | _$ 105.25_ | _$ 105.25_ |
| Account No: _Creditor # : 13_ _Jaime Alston_ _114-62 210th St_ _Jamaica NY 11411_ | | _2004_ _Price of unfurnished product_ | | | | _$ 59.58_ | _$ 59.58_ |
| Account No: _Creditor # : 14_ _Tony Anderson_ _394 S Beston Rd_ _LaGrange NC 28551_ | | _2004_ _Price of unfurnished product_ | | | | _$ 107.25_ | _$ 107.25_ |
| Account No: _Creditor # : 15_ _Bruce Andrews_ _PO Box 13_ _Whitsett NC 27377_ | | _2004_ _Price of unfurnished product_ | | | | _$ 48.25_ | _$ 48.25_ |
| Account No: _Creditor # : 16_ _Marcia Armbrecht_ _40 Scott Dr_ _Stroudsburg PA 18360_ | | _2004_ _Price of unfurnished product_ | | | | _$ 105.25_ | _$ 105.25_ |

Sheet No. ___3___ of ___51___ continuation sheets attached to

Schedule of Creditors

Subtotal $     _1,428.58_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 17_<br>_J.Richard Aresnault_<br>_211 Blue Mt. Est._<br>_Rocky Face GA 30740_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 343.75_ | _$ 343.75_ |
| Account No:<br>_Creditor # : 18_<br>_Greg Atkinson_<br>_3456 Marblecrest Ct_<br>_Dayton OH 45440_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 254.50_ | _$ 254.50_ |
| Account No:<br>_Creditor # : 19_<br>_Timothy Baer_<br>_16303 Gulfwinds Ct_<br>_Grover MO 63040_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |
| Account No:<br>_Creditor # : 20_<br>_Dennis Bagby_<br>_2233 N. Suree Ellen Lane_<br>_Altadena CA 91001_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 154.50_ | _$ 154.50_ |
| Account No:<br>_Creditor # : 21_<br>_George Beauchamp_<br>_10425 Beauchamp Lane_<br>_Delmar DE 19940_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 57.50_ | _$ 57.50_ |
| Account No:<br>_Creditor # : 22_<br>_Ralph Beaulleu_<br>_196 Westshore Ave_<br>_Manchester NH 03109_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 74.25_ | _$ 74.25_ |
| Account No:<br>_Creditor # : 23_<br>_Edwin Beck_<br>_2927 Woodshead Terr_<br>_York PA 17403_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 103.25_ | _$ 103.25_ |

Sheet No.   4   of   51   continuation sheets attached to

Schedule of Creditors

Subtotal $    _1,021.50_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim   H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 24_<br>_Larry & Darlene Becker_<br>_1954 Renoll Lane_<br>_Spring Grove PA 17362_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 57.50_ | _$ 57.50_ |
| Account No:<br>_Creditor # : 25_<br>_Terry Becksvoort_<br>_5020 Christy Lane_<br>_Holland MI 49424_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 105.25_ | _$ 105.25_ |
| Account No:<br>_Creditor # : 26_<br>_Paul Beddiges_<br>_181 Bear Dr_<br>_Lehighton PA 18235_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 27_<br>_Randy Bedway_<br>_30 Avenue E_<br>_Schuklkillhaven PA 17972_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |
| Account No:<br>_Creditor # : 28_<br>_Don Beem_<br>_703 N. Buffalo St_<br>_Silver City NM 88061_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 146.50_ | _$ 146.50_ |
| Account No:<br>_Creditor # : 29_<br>_Douglas Bender_<br>_4959 Renie Rd_<br>_Bellville OH 44813_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 104.25_ | _$ 104.25_ |
| Account No:<br>_Creditor # : 30_<br>_James Bernardoni_<br>_52 New Plaza St_<br>_Yalesville CT 06492-2237_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 146.50_ | _$ 146.50_ |

Sheet No.   5   of   51   continuation sheets attached to

Schedule of Creditors

Subtotal $                762.75

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____ / Debtor    Case No._____

<div align="right">(if known)</div>

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 31  Lawrence Berra  230 Banta Avenue  Garfield NJ 07026 | | _2004_  _Price of unfurnished product_ | | | | $ 201.00 | $ 201.00 |
| Account No:  Creditor # : 32  Clifford Besch  2715 Jenna Circle  Montgomery IL 60538 | | _2004_  _Price of unfurnished product_ | | | | $ 152.50 | $ 152.50 |
| Account No:  Creditor # : 33  Nicole Betz  174 Meadow Lane  Marlton NJ 08053 | | _2004_  _Price of unfurnished product_  _order may have been shipped_ | | | | $ 57.50 | $ 57.50 |
| Account No:  Creditor # : 34  Bob Blazina  409 Mayer Ct  Ridgefield NJ 07657 | | _2004_  _Price of unfurnished product_ | | | | $ 151.50 | $ 151.50 |
| Account No:  Creditor # : 35  Paul Block  12462 N Luckoff Rd  Marana AZ 85653 | | _2004_  _Price of unfurnished product_  _order may have been shipped_ | | | | $ 44.00 | $ 44.00 |
| Account No:  Creditor # : 36  Thomas Blondin  3205 27th St  Parkersburg WV 26104 | | _2004_  _Price of unfurnished product_ | | | | $ 55.50 | $ 55.50 |
| Account No:  Creditor # : 37  Fern Blose  119 Redcliff Dr  Cresco PA 18326 | | _2004_  _Price of unfurnished product_  _order may have been shipped_ | | | | $ 52.50 | $ 52.50 |

Sheet No. ___6___ of ___51___ continuation sheets attached to

Schedule of Creditors

<div align="right">Subtotal $     716.50</div>

<div align="center">(Total of this page)</div>

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____ / Debtor     Case No._____

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim   H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 38 Robert Bloucher 105 Maiden Choice Lane Carsonville MD 21228 | | 2004 Price of unfurnished product | | | | $ 57.50 | $ 57.50 |
| Account No:  Creditor # : 39 Linda Blue 7126 Country Rd 635W Reelsville IN 46171 | | 2004 Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:  Creditor # : 40 Jean Bobeck RR3- Box 3586 Hazelton PA 18201 | | 2004 Price of unfurnished product order may have been shipped | | | | $ 104.25 | $ 104.25 |
| Account No:  Creditor # : 41 Scott Bodine 156 Lincoln Ave Mount Holly NJ 08060 | | 2004 Price of unfurnished product | | | | $ 155.50 | $ 155.50 |
| Account No:  Creditor # : 42 Dennis Bodisch 105 N. Skyline Dr Clarks Summit PA 18411 | | 2004 Price of unfurnished product | | | | $ 105.25 | $ 105.25 |
| Account No:  Creditor # : 43 Kenneth Boling, Sr. 408 N. Birchwood Avenue Louisville KY 40206 | | 2004 Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:  Creditor # : 44 Joseph Bollinger 2490 Tom Austin Hwy Greenbrier TN 37073 | | 2004 Price of unfurnished product | | | | $ 154.50 | $ 154.50 |

Sheet No.   7   of   51   continuation sheets attached to

Schedule of Creditors

Subtotal $          688.00

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY  _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| **Account No:**  Creditor # : 45  Nancy Borsey  128 Waterbury Ave  Stamford CT 06902 | | 2004  Price of unfurnished product  order may have been shipped | | | | $ 55.50 | $ 55.50 |
| **Account No:**  Creditor # : 46  Kirk Bowman  809 Canton St  Jefferson LA 70121 | | 2004  Price of unfurnished product | | | | $ 53.50 | $ 53.50 |
| **Account No:**  Creditor # : 47  Carl Bracken  2512 Ann Way  Lower Burrell  PA 15068 | | 2004  Price of unfurnished product  order may have been shipped | | | | $ 57.50 | $ 57.50 |
| **Account No:**  Creditor # : 48  James & Donna Brandt  280 Meadow Lane  Lebanon PA 17042 | | 2004  Price of unfurnished product | | | | $ 309.00 | $ 309.00 |
| **Account No:**  Creditor # : 49  Paul Bridges  23913 NW 94th Ave  Alachua FL 32615 | | 2004  Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| **Account No:**  Creditor # : 50  Daryl Brink  550 Lauricella Ave  Jefferson LA 70121 | | 2004  Price of unfurnished product | | | | $ 57.50 | $ 57.50 |
| **Account No:**  Creditor # : 51  Brian Brungard  95 Blessing Drive  Muncy PA 17756 | | 2004  Price of unfurnished product | | | | $ 154.50 | $ 154.50 |

Sheet No.   8   of   51   continuation sheets attached to

Schedule of Creditors

Subtotal $   792.75

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules.)

In re _P&D Manufacturing, Inc._____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: Creditor # : 52 William Bruns 472 Tailholt Lane Shelbyville IN 46176 | | 2004 Price of unfurnished product | | | | $ 107.25 | $ 107.25 |
| Account No: Creditor # : 53 Dale Bryant 6704 Landover Hills Lane Arlington TX 76017 | | 2004 Price of unfurnished product | | | | $ 57.50 | $ 57.50 |
| Account No: Creditor # : 54 Joseph Bryson 3871 E 146 St Cleveland OH 44128 | | 2004 Price of unfurnished product | | | | $ 109.25 | $ 109.25 |
| Account No: Creditor # : 55 Christian Burkholder 5668 Pine Road Thomasville PA 17364 | | 2004 Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No: Creditor # : 56 Bruce Burley 470 N Samuel Dr Zanesville OH 43701 | | 2004 Price of unfurnished product order may have been shipped | | | | $ 105.25 | $ 105.25 |
| Account No: Creditor # : 57 Robert Burrows 1817 Myers Rd Shelbyville OH 44875 | | 2004 Price of unfurnished product | | | | $ 105.25 | $ 105.25 |
| Account No: Creditor # : 58 Paul Bygd 2024 Gernetz Lane Red Wing MN 55066 | | 2004 Price of unfurnished product | | | | $ 50.50 | $ 50.50 |

Sheet No. _9_ of _51_ continuation sheets attached to

Schedule of Creditors

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

Subtotal $    540.75

(Total of this page)

In re _P&D Manufacturing, Inc._____/ Debtor     Case No._____

<div align="right">(if known)</div>

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

TYPE OF PRIORITY     _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim   H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 59<br>Nick Calola Jr.<br>100 Vineyard Rd<br>Edison NJ 08817 | | 2004<br>Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:<br>Creditor # : 60<br>William T Carline III<br>30 Tyler St<br>Attleboro MA 02703 | | 2004<br>Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:<br>Creditor # : 61<br>Edward Carter<br>3807 Clubhouse Dr<br>Fayetteville PA 17222 | | 2004<br>Price of unfurnished product | | | | $ 54.50 | $ 54.50 |
| Account No:<br>Creditor # : 62<br>Vincent Cestaro<br>41 Van Rensselaer St<br>Belleville NJ 07109 | | 2004<br>Price of unfurnished product | | | | $ 50.50 | $ 50.50 |
| Account No:<br>Creditor # : 63<br>Greg Chandler<br>1218 Washington St<br>Eden   NC 27288 | | 2004<br>Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:<br>Creditor # : 64<br>David Chapell<br>89 Ohio St<br>Laporte IN 46350 | | 2004<br>Price of unfurnished product | | | | $ 57.50 | $ 57.50 |
| Account No:<br>Creditor # : 65<br>Tom Chladek<br>3427 G Street<br>Philadelphia PA 19134 | | 2004<br>Price of unfurnished product | | | | $ 201.50 | $ 201.50 |

Sheet No. __10__ of ___51___ continuation sheets attached to

Schedule of Creditors

<div align="right">Subtotal $      523.88<br>(Total of this page)</div>

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____ / Debtor    Case No._____

<div align="right">(if known)</div>

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

TYPE OF PRIORITY  _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  *Creditor # : 66*  *Roy & Carol Chugg*  *135 Ridgewood Rd*  *Rochester NY 14626* | | *2004*  *Price of unfurnished product* | | | | *$ 50.88* | *$ 50.88* |
| Account No:  *Creditor # : 67*  *Michael Cicalese*  *200 Bungalow Terr*  *Millington NJ 07946* | | *2004*  *Price of unfurnished product* | | | | *$ 50.50* | *$ 50.50* |
| Account No:  *Creditor # : 68*  *Tom Cichon*  *55 Rogers Ave*  *Rochester NY 14606* | | *2004*  *Price of unfurnished product* | | | | *$ 153.72* | *$ 153.72* |
| Account No:  *Creditor # : 69*  *Jeff Cleary*  *646 Elm St*  *Bally PA 19503* | | *2004*  *Price of unfurnished product* | | | | *$ 55.50* | *$ 55.50* |
| Account No:  *Creditor # : 70*  *Michael Collins*  *5331 Grain Mill Rd*  *Pahrump NV 89061* | | *2004*  *Price of unfurnished product* | | | | *$ 50.50* | *$ 50.50* |
| Account No:  *Creditor # : 71*  *Bill Colotto*  *6016 Tournament Dr*  *Waterville OH 43566* | | *2004*  *Price of unfurnished product* | | | | *$ 55.50* | *$ 55.50* |
| Account No:  *Creditor # : 72*  *Warren Condon*  *4403 E Orange Creek La*  *Anaheim CA 92780* | | *2004*  *Price of unfurnished product* | | | | *$ 158.50* | *$ 158.50* |

Sheet No. _11_ of _51_ continuation sheets attached to

Schedule of Creditors

<div align="right">

Subtotal $    573.33

(Total of this page)

</div>

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____ / Debtor        Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim   H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 73 <br> John Cook <br> 18 Bradford Terr <br> New Windsor NY 12553 | | 2004 <br> Price of unfurnished product | | | | $ 53.73 | $ 53.73 |
| Account No: <br> Creditor # : 74 <br> Randy Cool <br> 14707 Pennsylvania Ave <br> Hagerstown MD 21742 | | 2004 <br> Price of unfurnished product | | | | $ 201.00 | $ 201.00 |
| Account No: <br> Creditor # : 75 <br> Joe Coolack <br> 659 Limecrest Rd <br> Newton NJ 07860 | | 2004 <br> Price of unfurnished product | | | | $ 54.50 | $ 54.50 |
| Account No: <br> Creditor # : 76 <br> Robert Cooper <br> 507 Blackburn Ave <br> York NE 68467 | | 2004 <br> Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No: <br> Creditor # : 77 <br> Timothy Cooper <br> 390 Andrews Dr <br> PO Box 249 <br> Almond NC 28702-0249 | | 2004 <br> Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No: <br> Creditor # : 78 <br> Pierre Cousar <br> 78 W 141st St <br> Dixmoor IL 60426 | | 2004 <br> Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No: <br> Creditor # : 79 <br> Douglas Crips <br> 255 Peachtree Place <br> Mason MI 48854 | | 2004 <br> Price of unfurnished product | | | | $ 52.00 | $ 52.00 |

Sheet No. __12__ of ___51___ continuation sheets attached to

Schedule of Creditors

Subtotal $    621.73

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____ / Debtor    Case No._____

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim   H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 80<br>Terry Cromley<br>POB 20<br>Montadon PA 17850 | | 2004<br>Price of unfurnished product | | | | $ 149.50 | $ 149.50 |
| Account No:<br>Creditor # : 81<br>Sean & Ellen Cronan<br>67 E Case Dr<br>Hudson OH 44236 | | 2004<br>Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:<br>Creditor # : 82<br>Mike Culliton<br>5230 Mosquero Rd<br>Spring Hill FL 34606 | | 2004<br>Price of unfurnished product<br>order may have been shipped | | | | $ 154.50 | $ 154.50 |
| Account No:<br>Creditor # : 83<br>Robert Cultice, Jr.<br>PO Box 52<br>812 W Dalmen Rd<br>Kouts IN 46347 | | 2004<br>Price of unfurnished product | | | | $ 151.50 | $ 151.50 |
| Account No:<br>Creditor # : 84<br>Patrick Currence<br>6468 Rockshire St<br>Alexandria VA 22315 | | 2004<br>Price of unfurnished product | | | | $ 194.90 | $ 194.90 |
| Account No:<br>Creditor # : 85<br>Samuel Curry<br>8434 Knights Ridge Rd<br>Charlotte NC 28210 | | 2004<br>Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:<br>Creditor # : 86<br>Clarence Dals<br>32972 106th St<br>Eureka SD 57437 | | 2004<br>Price of unfurnished product | | | | $ 50.50 | $ 50.50 |

Sheet No. _13_ of _51_ continuation sheets attached to

Schedule of Creditors

Subtotal $      863.65

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 87  _Mark Danielczyk_  _4302 W Shamrock Lane #30_  _McHenry IL 60050_ | | _2004_  _Price of unfurnished product_ | | | | _$ 107.25_ | _$ 107.25_ |
| Account No:  Creditor # : 88  _Michiel Davis_  _455 N Walnut_  _Wahoo NE 68066_ | | _2004_  _Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:  Creditor # : 89  _Leo Debri_  _959 Kendlewood NE_  _Grand Rapids MI 49505_ | | _2004_  _Price of unfurnished product_ | | | | _$ 159.75_ | _$ 159.75_ |
| Account No:  Creditor # : 90  _Nick Degrazio_  _306 Pine Rock Ave_  _Hamden CT 06514-4858_ | | _2004_  _Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |
| Account No:  Creditor # : 91  _Jim Deibert_  _2225 Benders Dr_  _Bath PA 18014_ | | _2004_  _Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:  Creditor # : 92  _Harvey Dekrafft_  _1000 Main Street #200_  _Voorhees NJ 08054_ | | _2004_  _Price of unfurnished product_ | | | | _$ 104.25_ | _$ 104.25_ |
| Account No:  Creditor # : 93  _Barbara Demay_  _2253 Boller Dr_  _Westminster MD 21157_ | | _2004_  _Price of unfurnished product_ | | | | _$ 54.50_ | _$ 54.50_ |

Sheet No. __14__ of __51__ continuation sheets attached to

Schedule of Creditors

Subtotal $                        533.50

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____ / Debtor    Case No._____

<div align="right">(if known)</div>

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 94_<br>_Clarence Derr_<br>_6816 Everall Avenue_<br>_Baltimore MD 21206_ | | _2004_<br>_Price of unfurnished product_ | | | | | _$ 50.50_ | _$ 50.50_ |
| Account No:<br>_Creditor # : 95_<br>_Judy & Ronald Devine_<br>_500 E Joyce St_<br>_Mebane NC 27302_ | | _20004_<br>_Price of unfurnished product_ | | | | | _$ 149.50_ | _$ 149.50_ |
| Account No:<br>_Creditor # : 96_<br>_Robert Dignan_<br>_433 Hartsdale Rd_<br>_Virginia Beach VA 23462_ | | _2004_<br>_Price of unfurnished product_ | | | | | _$ 151.50_ | _$ 151.50_ |
| Account No:<br>_Creditor # : 97_<br>_Richard Ditzler_<br>_327 Fretz Rd_<br>_Perkasle PA 18944_ | | _2004_<br>_Price of unfurnished product_ | | | | | _$ 153.50_ | _$ 153.50_ |
| Account No:<br>_Creditor # : 98_<br>_Thomas Donelson_<br>_337 S. Countryside Dr_<br>_Ashland OH 44805_ | | _2004_<br>_Price of unfurnished product_ | | | | | _$ 207.00_ | _$ 207.00_ |
| Account No:<br>_Creditor # : 99_<br>_Brian Donohue_<br>_7454 Racing Rd_<br>_Pleasant Garden NC 27313_ | | _2004_<br>_Price of unfurnished product_ | | | | | _$ 50.50_ | _$ 50.50_ |
| Account No:<br>_Creditor # : 100_<br>_William Donovan_<br>_1808 Edgewater Trail_<br>_Whitehouse TX 75791_ | | _2004_<br>_Price of unfurnished product_ | | | | | _$ 55.50_ | _$ 55.50_ |

Sheet No. __15__ of ___51___ continuation sheets attached to

Schedule of Creditors

<div align="right">Subtotal $    872.75</div>

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____ / Debtor      Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 101_<br>_James Dorris_<br>_14 E. Howard St_<br>_Stowe PA 19464_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 105.25_ | _$ 105.25_ |
| Account No:<br>_Creditor # : 102_<br>_Bruce Doyle_<br>_154 Church Street_<br>_Keyport NJ 07735_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 152.50_ | _$ 152.50_ |
| Account No:<br>_Creditor # : 103_<br>_Todd Dudley_<br>_458 Pleasant Valley Rd_<br>_Silver Creek GA 30173_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 105.25_ | _$ 105.25_ |
| Account No:<br>_Creditor # : 104_<br>_Ed & Midge Edwards_<br>_RR6- Box 6595_<br>_Moscow PA 18444_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 95.25_ | _$ 95.25_ |
| Account No:<br>_Creditor # : 105_<br>_Sidney Edwards_<br>_737 Pangburn Street_<br>_Grand Prairie TX 75051_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 57.50_ | _$ 57.50_ |
| Account No:<br>_Creditor # : 106_<br>_Robert Erickson_<br>_617 Chicago Street_<br>_East Peoria IL 61611_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 160.75_ | _$ 160.75_ |
| Account No:<br>_Creditor # : 107_<br>_Virginia Ernst_<br>_465 Manor Dr_<br>_Seymour IN 47274_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 198.00_ | _$ 198.00_ |

Sheet No. __16__ of ____51____ continuation sheets attached to

Schedule of Creditors

Subtotal $          _1,064.75_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____ / Debtor     Case No._____

<div align="right">(if known)</div>

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 108 Ron Evans 1320 Southeast Avenue Tallmadge OH 44278 | | 2004 Price of unfurnished product | | | | $ 351.00 | $ 351.00 |
| Account No:  Creditor # : 109 Earl Evans PO Box 522 3461 Canfield Niles Rd Canfield OH 44406 | | 2004 Price of unfurnished product | | | | $ 151.50 | $ 151.50 |
| Account No:  Creditor # : 110 James Eyer 401 Adelia Springfield IL 62704 | | 2004 Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:  Creditor # : 111 Les Fitzgerald 241 Broadway Avenue Horsham PA 19044 | | 2004 Price of unfurnished product | | | | $ 301.00 | $ 301.00 |
| Account No:  Creditor # : 112 Robert Flood PO Box 501 206 N. 1st Street Newman Grove NE 68758 | | 2004 Price of unfurnished product | | | | $ 105.25 | $ 105.25 |
| Account No:  Creditor # : 113 Richard Ford 6985 Harmony Circle Talbott TN 37877 | | 2004 Price of unfurnished product | | | | $ 105.25 | $ 105.25 |
| Account No:  Creditor # : 114 Michael Fountain 1193 N 1100 W Farmington UT 84025 | | 2004 Price of unfurnished product | | | | $ 55.50 | $ 55.50 |

Sheet No. __17__ of __51__ continuation sheets attached to

Schedule of Creditors

Subtotal $     1,216.75

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____/ Debtor     Case No._____

<span style="text-align:right; display:block;">(if known)</span>

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

<div style="text-align:center;">(Continuation Sheet)</div>

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Code btor | Date Claim was Incurred, and consideration for Claim<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 115_<br>_James Fralin_<br>_PO Box 5037_<br>_Roanoke VA 24012_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 197.00_ | _$ 197.00_ |
| Account No:<br>_Creditor # : 116_<br>_Joyce Frey_<br>_446 Longfellow Dr_<br>_Lancaster PA 17602_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 54.50_ | _$ 54.50_ |
| Account No:<br>_Creditor # : 117_<br>_Michael Frye_<br>_4427 H Street_<br>_Philadelphia PA 19124_ | | _2004_<br>_Price of unfurnished product_<br>_order may have been shipped_ | | | | _$ 105.25_ | _$ 105.25_ |
| Account No:<br>_Creditor # : 118_<br>_Frederick Gabriel_<br>_1030 Hardesty Place W_<br>_Columbus OH 43204_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 119_<br>_Robby Gaines_<br>_4500 US Highway 25_<br>_East Bernstadt KY 40729_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 100.25_ | _$ 100.25_ |
| Account No:<br>_Creditor # : 120_<br>_Al & Jeffrey Gamble_<br>_629 Hawthorne St_<br>_Enola PA 17025_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 121_<br>_Charlie Gartman_<br>_1001 N Berkley #108A_<br>_Desoto TX 75115_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 250.00_ | _$ 250.00_ |

Sheet No. __18__ of __51__ continuation sheets attached to

Schedule of Creditors

<div style="text-align:right;">Subtotal $     979.09</div>
<div style="text-align:right;">(Total of this page)</div>

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____ / Debtor          Case No._____

                                                                                                  (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY  _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 122  Tom Gascoigne  1763 Baseline Rd #450  Grand Island NY  14072 | | _2004_  _Price of unfurnished product_ | | | | _$ 216.59_ | _$ 216.59_ |
| Account No:  Creditor # : 123  Robert Gates  211 A Gates Rd  Little Ferry NJ 07643 | | _2004_  _Price of unfurnished product_ | | | | _$ 152.50_ | _$ 152.50_ |
| Account No:  Creditor # : 124  James George  841 Old Farm Dr NW  Grand Rapids MI 49544 | | _2004_  _Price of unfurnished product_  _order may have been shipped_ | | | | _$ 59.50_ | _$ 59.50_ |
| Account No:  Creditor # : 125  Thomas Gerwer  117 7th Avenue  Brandon SD 57005 | | _2004_  _Price of unfurnished product_  _order may have been shipped_ | | | | _Unknown_ | _$ 0.00_ |
| Account No:  Creditor # : 126  Wayne Gestring  849 Avon Rd  Memphis TN 38122 | | _2004_  _Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:  Creditor # : 127  Edgar Giraldo  PO Box 493  Dover NJ 07801 | | _2004_  _Price of unfurnished product_  _order may have been shipped_ | | | | _$ 109.25_ | _$ 109.25_ |
| Account No:  Creditor # : 128  Ralph Glaus  PO Box 363  New Athens IL 62264 | | _2004_  _Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |

Sheet No. __19__ of __51__ continuation sheets attached to

Schedule of Creditors

Subtotal $       590.09

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____ / Debtor    Case No._____

<div align="right">(if known)</div>

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim <br> H--Husband <br> W--Wife <br> J--Joint <br> C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: <br> _Creditor # : 129_ <br> _Wade Glessner_ <br> _264 High Mtn Rd_ <br> _Shippensburg PA 17257_ | | _2004_ <br> _Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No: <br> _Creditor # : 130_ <br> _James Glover_ <br> _PO Box 1713_ <br> _Abingdon VA 24210_ | | _2004_ <br> _Price of unfurnished product_ | | | | _$ 180.50_ | _$ 180.50_ |
| Account No: <br> _Creditor # : 131_ <br> _Brian Gordiski_ <br> _68 Byram Shore Rd_ <br> _Greenwich CT 06830_ | | _2004_ <br> _Price of unfurnished product_ | | | | _$ 263.50_ | _$ 263.50_ |
| Account No: <br> _Creditor # : 132_ <br> _Lee Graham_ <br> _67 Third Ave SW_ <br> _Pataskala OH 43062_ | | _2004_ <br> _Price of unfurnished product_ | | | | _$ 351.00_ | _$ 351.00_ |
| Account No: <br> _Creditor # : 133_ <br> _James Graves_ <br> _255 E. Main St_ <br> _Norwalk OH 44857_ | | _2004_ <br> _Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |
| Account No: <br> _Creditor # : 134_ <br> _Charles Gregg_ <br> _2314 Rockvale Rd_ <br> _Lancaster PA 17602_ | | _2004_ <br> _Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |
| Account No: <br> _Creditor # : 135_ <br> _Richard Griffith_ <br> _13115 Lester Dr_ <br> _St. Louis MO 63138_ | | _2004_ <br> _Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |

Sheet No. __20__ of __51__ continuation sheets attached to

Schedule of Creditors

<div align="right">Subtotal $    <i>1,505.50</i></div>

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 136  Ray Groff  PO Box 444  Mount Joy PA 17522 | | 2004  Price of unfurnished product | | | | $ 549.00 | $ 549.00 |
| Account No:  Creditor # : 137  Samuel Guido  20 Bunker Avenue  Yorkville NY 13495 | | 2004  Price of unfurnished product | | | | $ 113.17 | $ 113.17 |
| Account No:  Creditor # : 138  Bruce Gunther  360 Meetinghouse Lane  Lancaster PA 17601 | | 2004  Price of unfurnished product | | | | $ 156.50 | $ 156.50 |
| Account No:  Creditor # : 139  Karen Halday  100 Oakview Dr  West Haven CT 06516 | | 2004  Price of unfurnished product | | | | $ 56.50 | $ 56.50 |
| Account No:  Creditor # : 140  Robert Hall  2258 Newville Rd  Carlisle PA 17013 | | 2004  Price of unfurnished product | | | | $ 100.25 | $ 100.25 |
| Account No:  Creditor # : 141  David Halter  927 Oak Dr  Pottstown PA 19464 | | 2004  Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:  Creditor # : 142  Tim Hanna  4125 Marietta Avenue  Mt Joy PA 17552 | | 2004  Price of unfurnished product | | | | $ 55.50 | $ 55.50 |

Sheet No. 21 of 51 continuation sheets attached to

Schedule of Creditors

Subtotal $    1,136.17

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____ / Debtor          Case No._____

<div align="right">(if known)</div>

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 143_<br>_James Harner_<br>_6 Walnut Ln_<br>_Sacramento PA 17968_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 105.25_ | _$ 105.25_ |
| Account No:<br>_Creditor # : 144_<br>_Scott Harter_<br>_6 Willowbend Ct_<br>_Bloomngton IL 61704_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 313.25_ | _$ 313.25_ |
| Account No:<br>_Creditor # : 145_<br>_James Hayden Jr_<br>_541 Broad St, Box 66_<br>_Tatamy PA 18085_ | | _2004_<br>_Price of unfurnished product_<br>_order may have been shipped_ | | | | _$ 54.50_ | _$ 54.50_ |
| Account No:<br>_Creditor # : 146_<br>_James Hayden_<br>_541 Broad St_<br>_POB 66_<br>_Tatamy PA 18085_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 246.50_ | _$ 246.50_ |
| Account No:<br>_Creditor # : 147_<br>_Ryan Heck_<br>_455 Hornet Ave Unit 121_<br>_Pearl Harbor HI 96860_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 148_<br>_Louis & Martha Helterbran_<br>_70-351 Old Town Rd_<br>_Vernon CT 06066_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 122.50_ | _$ 122.50_ |
| Account No:<br>_Creditor # : 149_<br>_Gene Henson_<br>_1645 Biloxi Ct_<br>_Orlando FL 32818_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 201.00_ | _$ 201.00_ |

Sheet No. _22_ of _51_ continuation sheets attached to

Schedule of Creditors

<div align="right">Subtotal $     _1,028.50_<br>(Total of this page)</div>

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____/ Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim   H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 150  Robert Henuset  10975 Dutton Rd  Philadelphia PA 19154 | | 2004  Price of unfurnished product  order may have been shipped | | | | $ 52.50 | $ 52.50 |
| Account No:  Creditor # : 151  Ron Hicks  11015 North Farm Rd #139  Brighton MO 65617 | | 2004  Price of unfurnished product | | | | $ 105.25 | $ 105.25 |
| Account No:  Creditor # : 152  George Hiler  9850 Rosemont Ave #302  Lone Tree CO 80124 | | 2004  Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:  Creditor # : 153  Elmer Hill  98 Lincoln Dr  Pennsville NJ 08070 | | 2004  Price of unfurnished product | | | | $ 57.50 | $ 57.50 |
| Account No:  Creditor # : 154  Steven Hinkle  933 Valencia Mesa Dr  Fullerton CA 92835 | | 2004  Price of unfurnished product | | | | $ 57.50 | $ 57.50 |
| Account No:  Creditor # : 155  Kenneth Hoffman  1154 Hasenour Ave  Jasper IN 47546 | | 2004  Price of unfurnished product | | | | $ 57.50 | $ 57.50 |
| Account No:  Creditor # : 156  Willie Holley  1135 Samuelson St  City of Industry CA 91748 | | 2004  Price of unfurnished product  order may have been shipped | | | | $ 57.50 | $ 57.50 |

Sheet No. 23 of 51 continuation sheets attached to

Schedule of Creditors

Subtotal $     436.25

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules.)

In re _P&D Manufacturing, Inc._____ / Debtor          Case No._____

<div align="right">(if known)</div>

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 157<br>Larry Holmquist<br>28543 730th Ave<br>St James MN 56081 | | 2004<br>Price of unfurnished product | | | | $ 50.50 | $ 50.50 |
| Account No:<br>Creditor # : 158<br>Andrew Horner<br>1413 E Chestnut St<br>Lebanon PA 17042 | | 2004<br>Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:<br>Creditor # : 159<br>Owen Horton Jr.<br>7571 Thomas Spring Rd<br>Bridgewater VA 22812 | | 2004<br>Price of unfurnished product | | | | $ 57.50 | $ 57.50 |
| Account No:<br>Creditor # : 160<br>Gayle Horton<br>W10757 Jeffrey Rd<br>Merrillan WI 54754 | | 2004<br>Price of unfurnished product | | | | $ 148.50 | $ 148.50 |
| Account No:<br>Creditor # : 161<br>Paul Host<br>3302 N Cramer St<br>Milwaukee WI 53211 | | 2004<br>Price of unfurnished product | | | | $ 56.50 | $ 56.50 |
| Account No:<br>Creditor # : 162<br>Lewis Hudson<br>1655 Banbridge Rd<br>Kernersville NC 27284 | | 2004<br>Price of unfurnished product | | | | $ 153.25 | $ 153.25 |
| Account No:<br>Creditor # : 163<br>Douglas Hudson<br>2335 Buttermilk Crossing #142<br>Crescent Springs KY 41017 | | 2004<br>Price of unfurnished product | | | | $ 162.50 | $ 162.50 |

Sheet No. __24__ of __51__ continuation sheets attached to

Schedule of Creditors

<div align="right">Subtotal $    634.25<br>(Total of this page)<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)</div>

In re _P&D Manufacturing, Inc._ _____ / Debtor          Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 164_<br>_John & Diana Hunter_<br>_130 Quail Haven Dr_<br>_Walhalla SC 29691_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 103.25_ | _$ 103.25_ |
| Account No:<br>_Creditor # : 165_<br>_Jeff Hunter_<br>_3200 Mill Pond Dr_<br>_Belbrook OH 45305_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 166_<br>_Donald Hurlbutt_<br>_2114 Lillian St_<br>_Bellevue NE 68147_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 102.25_ | _$ 102.25_ |
| Account No:<br>_Creditor # : 167_<br>_Ronald Hurst_<br>_POB 277_<br>_Greenwood DE 19950_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 368.00_ | _$ 368.00_ |
| Account No:<br>_Creditor # : 168_<br>_Jack Butcher_<br>_3842 Yew Drive_<br>_Columbus OH 43228_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 54.50_ | _$ 54.50_ |
| Account No:<br>_Creditor # : 169_<br>_Paul Jakublak_<br>_4340 Courtside Dr_<br>_Williamstown MI 48895_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 296.00_ | _$ 296.00_ |
| Account No:<br>_Creditor # : 170_<br>_Stephen Janiski_<br>_8820 Goldentree Lane_<br>_Essex MD 21221_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 107.25_ | _$ 107.25_ |

Sheet No. __25__ of __51__ continuation sheets attached to

Schedule of Creditors

Subtotal $                886.00

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules.)

In re _P&D Manufacturing, Inc._ _____ / Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 171<br>John Jandura<br>19 Lorraine Drive<br>Clifron NJ 07012 | | 2004<br>Price of unfurnished product | | | | $ 95.25 | $ 95.25 |
| Account No:<br>Creditor # : 172<br>Wayne Johnson<br>16 Pendexter St<br>Lynn MA 01960 | | 2004<br>Price of unfurnished product<br>order may have been shipped | | | | $ 63.50 | $ 63.50 |
| Account No:<br>Creditor # : 173<br>Billy Joyce<br>3075 Highway 8 South<br>Walnut Cove NC 27052 | | 2004<br>Price of unfurnished product | | | | $ 160.50 | $ 160.50 |
| Account No:<br>Creditor # : 174<br>Robert Kanton<br>1016 Martarano Dr<br>Throop PA 18447 | | 2004<br>Price of unfurnished product | | | | $ 193.00 | $ 193.00 |
| Account No:<br>Creditor # : 175<br>Tom Kasper<br>1101 Honey Lane<br>New Lenox IL 60451 | | 2004<br>Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:<br>Creditor # : 176<br>Harlan Keeley<br>239 Ridge Road<br>Claymont DE 19703 | | 2004<br>Price of unfurnished product | | | | $ 50.50 | $ 50.50 |
| Account No:<br>Creditor # : 177<br>Barry Kelchner<br>35 Marsh Hawk<br>Hackettstown NJ 07840 | | 2004<br>Price of unfurnished product | | | | $ 57.50 | $ 57.50 |

Sheet No. __26__ of __51__ continuation sheets attached to

Schedule of Creditors

Subtotal $                    727.50

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____ / Debtor    Case No._____

<div align="right">(if known)</div>

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 178_<br>_Phil Keller_<br>_5374 NC Hwy 141_<br>_Marble NC 28905_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 102.25_ | _$ 102.25_ |
| Account No:<br>_Creditor # : 179_<br>_Dale Kelley_<br>_554 Winston St_<br>_Grand Prairie TX 75052_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 158.50_ | _$ 158.50_ |
| Account No:<br>_Creditor # : 180_<br>_Roger & Donna Kiracofe_<br>_122 Millers Rd_<br>_Bridgewater VA 22812_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 181_<br>_Walter Klefeker_<br>_1524 E 700 N_<br>_Ossian IN 46777_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 104.25_ | _$ 104.25_ |
| Account No:<br>_Creditor # : 182_<br>_Don Kleinschmidt_<br>_301 W. Lincoln Ave_<br>_Mt. Vernon IN 47620_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |
| Account No:<br>_Creditor # : 183_<br>_Orrin Kline_<br>_PO Box 242_<br>_Manassas VA 20108_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 151.50_ | _$ 151.50_ |
| Account No:<br>_Creditor # : 184_<br>_Jay Klotz_<br>_HC2 Box 2512_<br>_Unionville Rd_<br>_Jim Thorpe PA 18229_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |

Sheet No. _27_ of _51_ continuation sheets attached to

Schedule of Creditors

<div align="right">Subtotal $    582.00</div>

<div align="center">(Total of this page)</div>

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____ / Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   **_Deposits by individuals_**

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:<br>_Creditor # : 185_<br>_Allan Klubertanz_<br>_W10248 Wells Rd_<br>_Lodi WI 53555_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 186_<br>_Chuck Knill_<br>_PO Box 346_<br>_Cedar Knolls NJ 07927_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 187_<br>_Enze Knisley_<br>_124 S Middle St_<br>_Leesburg OH 45135_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 57.50_ | _$ 57.50_ |
| Account No:<br>_Creditor # : 188_<br>_Dennis Koster_<br>_6076 147th Avenue_<br>_Holland MI 49423_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 411.50_ | _$ 411.50_ |
| Account No:<br>_Creditor # : 189_<br>_Cheryl Kuflik_<br>_7621 Little Ave- 3d floor_<br>_Charlotte NC 28226_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 103.25_ | _$ 103.25_ |
| Account No:<br>_Creditor # : 190_<br>_Robert Kunz_<br>_504 Alanbrook Ct_<br>_Hillsborough NC 27278_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 205.00_ | _$ 205.00_ |
| Account No:<br>_Creditor # : 191_<br>_Christopher Lannon_<br>_39 Dodge Hill Rd_<br>_Sutton MA 01590_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 106.25_ | _$ 106.25_ |

Sheet No.   28   of   51   continuation sheets attached to

Schedule of Creditors

Subtotal $     1,390.00

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules.)

In re _P&D Manufacturing, Inc._ _____ / Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: _Creditor # : 192_ _Mark Laplenski_ _481 River Road_ _Agawam MA 01001_ | | _2004_ _Price of unfurnished product_ | | | | _$ 600.50_ | _$ 600.50_ |
| Account No: _Creditor # : 193_ _Ronala Lara_ _PO Box 462, 218 N Main St_ _Elizabeth IL 61028_ | | _2004_ _Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No: _Creditor # : 194_ _Walter Lasick_ _920 Maplewood Dr_ _Castle Shannon PA 15234_ | | _2004_ _Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |
| Account No: _Creditor # : 195_ _Benjamin Lee_ _26 Denniston Dr._ _Saugerties NY 12477_ | | _2004_ _Price of unfurnished product_ | | | | _$ 59.46_ | _$ 59.46_ |
| Account No: _Creditor # : 196_ _Kent Leftwich_ _2 Janney Cr_ _Canton MO 63435_ | | _2004_ _Price of unfurnished product_ | | | | _$ 259.50_ | _$ 259.50_ |
| Account No: _Creditor # : 197_ _Ronald Leiphart_ _2271 Delta Rd_ _Brogue PA 17309_ | | _2004_ _Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No: _Creditor # : 198_ _Bruce Leutschwager_ _1624 East Main St_ _Griffith IN 46319_ | | _2004_ _Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |

Sheet No. _29_ of _51_ continuation sheets attached to

Schedule of Creditors

Subtotal $       _1,180.21_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules.)

In re _P&D Manufacturing, Inc._ _____ / Debtor     Case No._____

<div align="right">(if known)</div>

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 199_<br>_Ronald Lun_<br>_503 Market St_<br>_Lacrosse WI 54601_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 99.25_ | _$ 99.25_ |
| Account No:<br>_Creditor # : 200_<br>_Marion Lynch_<br>_11001 Twosome Dr_<br>_San Antonio FL 33576_ | | _2004_<br>_Price of unfurnished product_<br>_order may have been shipped_ | | | | _$ 107.25_ | _$ 107.25_ |
| Account No:<br>_Creditor # : 201_<br>_William Lyons_<br>_6102 Quail Ridge Dr_<br>_Lakeland FL 33813_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 57.50_ | _$ 57.50_ |
| Account No:<br>_Creditor # : 202_<br>_Ronald & Carol Mackes_<br>_Box 112, Kriger Rd_<br>_Gilbert PA 18331_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |
| Account No:<br>_Creditor # : 203_<br>_Kenneth Magaw_<br>_79 Arbutus Avenue_<br>_South Portland ME 04106_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 102.25_ | _$ 102.25_ |
| Account No:<br>_Creditor # : 204_<br>_P Ronald Mariani_<br>_436 Fourth Street Box 545_<br>_Smithton PA 15479_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 245.50_ | _$ 245.50_ |
| Account No:<br>_Creditor # : 205_<br>_Mike Marley_<br>_16 Hemlock St_<br>_Dallas PA 18612_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 109.25_ | _$ 109.25_ |

Sheet No. ___30___ of ___51___ continuation sheets attached to

Schedule of Creditors

<div align="right">Subtotal $     628.25<br>(Total of this page)</div>

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY  _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  _Creditor # : 206_ _Alden Martin_ _402 N. State St_ _Pioneer OH 43554_ | | _2004_ _Price of unfurnished product_ | | | | _$ 102.25_ | _$ 102.25_ |
| Account No:  _Creditor # : 207_ _Frank Martin_ _200 W Webster Ave_ _Roselle Park NJ 07204_ | | _2004_ _Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:  _Creditor # : 208_ _Carlos Martinez_ _Hwy 518_ _Sapello NM 87745_ | | _2004_ _Price of unfurnished product_ | | | | _$ 298.00_ | _$ 298.00_ |
| Account No:  _Creditor # : 209_ _Mike Martinez_ _21542 Pointed Oak Lane_ _Katy TX 77450_ | | _2004_ _Price of unfurnished product_ | | | | _$ 1,026.00_ | _$ 1,026.00_ |
| Account No:  _Creditor # : 210_ _Kenneth McKee_ _611 Sunset Dr_ _Marengo IL 60152_ | | _2004_ _Price of unfurnished product_ | | | | _$ 345.00_ | _$ 345.00_ |
| Account No:  _Creditor # : 211_ _Edward McKinnon_ _255 Citrus Ridge Dr_ _Davenport FL 33837_ | | _2004_ _Price of unfurnished product_ | | | | _$ 107.25_ | _$ 107.25_ |
| Account No:  _Creditor # : 212_ _Bert Mederna_ _106 S Chase Ave_ _Lombard IL 60148_ | | _2004_ _Price of unfurnished product_ | | | | _$ 100.25_ | _$ 100.25_ |

Sheet No. _31_ of _51_ continuation sheets attached to

Schedule of Creditors

Subtotal $    _2,096.28_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____ / Debtor  Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY  _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 213_<br>_Wilson Meier_<br>_143 Mckinley St_<br>_Massapequa Pk NY 11762_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 169.28_ | _$ 169.28_ |
| Account No:<br>_Creditor # : 214_<br>_Dale Melton_<br>_808 Harrison_<br>_Goodland KS 67735_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |
| Account No:<br>_Creditor # : 215_<br>_David Melton_<br>_105 Massey Dr_<br>_Martinsville IN 46151_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 216_<br>_Matthew Menner_<br>_23 Third Avenue_<br>_Burlington MA 01803_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 162.75_ | _$ 162.75_ |
| Account No:<br>_Creditor # : 217_<br>_Walter Meredith_<br>_4421 Danville Pike_<br>_Hillsville VA 24343_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 218_<br>_Frank & Marlene Messin_<br>_28968 Olinda Tr_<br>_Lindstrom MN 55045_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 790.00_ | _$ 790.00_ |
| Account No:<br>_Creditor # : 219_<br>_Ronald Miller_<br>_5284 Mill Rd_<br>_Emmaus PA 18049_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 151.50_ | _$ 151.50_ |

Sheet No. _32_ of _51_ continuation sheets attached to

Schedule of Creditors

Subtotal $  700.53

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____ / Debtor     Case No._____

<div align="right">(if known)</div>

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 220_<br>_Jeffrey Miller_<br>_7738 Meadowhaven_<br>_Dallas TX 75254_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 221_<br>_John Miller_<br>_771 W Mudpike Rd_<br>_Rockwood PA 15557_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 222_<br>_Joseph Miller_<br>_963 Jefferson Blvd_<br>_Hagerstown MD 21742_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 201.00_ | _$ 201.00_ |
| Account No:<br>_Creditor # : 223_<br>_George Mitchell_<br>_2176 I Avenue_<br>_Minburn IA 50167_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 107.25_ | _$ 107.25_ |
| Account No:<br>_Creditor # : 224_<br>_Steve Molnar_<br>_249 Lawrence Dr_<br>_Harrisburg PA 17112_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 109.25_ | _$ 109.25_ |
| Account No:<br>_Creditor # : 225_<br>_Robert Montanero_<br>_4789 St Hwy 30_<br>_Amsterdam NY 12010_ | | _2004_<br>_Price of unfurnished product_<br>_order may have been shipped_ | | | | _$ 271.05_ | _$ 271.05_ |
| Account No:<br>_Creditor # : 226_<br>_Thomas Morford_<br>_8226 Bayview Ct_<br>_Indianapolis IN 46256_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 153.50_ | _$ 153.50_ |

Sheet No. __33__ of __51__ continuation sheets attached to

Schedule of Creditors

<div align="right">Subtotal $      790.25</div>

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules.)

In re _P&D Manufacturing, Inc._ _____ / Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 227_<br>_Roland Morrow_<br>_311 W. Lee Etta Dr_<br>_Galltin TN 37066_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 108.25_ | _$ 108.25_ |
| Account No:<br>_Creditor # : 228_<br>_Tom & Karen Mosher_<br>_36855 Weber Dr_<br>_Sterling Hts MI 48310_ | | _2004_<br>_Price of unfurnished product_<br>_order may have been shipped_ | | | | _$ 54.50_ | _$ 54.50_ |
| Account No:<br>_Creditor # : 229_<br>_Stewart Mundy_<br>_20 Bellevue Ave_<br>_Providence RI 02914_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 56.50_ | _$ 56.50_ |
| Account No:<br>_Creditor # : 230_<br>_William Murphy_<br>_1378 Carver Road_<br>_Griffin GA 30224_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 57.50_ | _$ 57.50_ |
| Account No:<br>_Creditor # : 231_<br>_Thomas Murray_<br>_2009 Fountain Green Rd_<br>_Bel Air MD 21015_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 57.50_ | _$ 57.50_ |
| Account No:<br>_Creditor # : 232_<br>_William Neal_<br>_25839 Shore Hwy_<br>_Denton MD 21629_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 99.25_ | _$ 99.25_ |
| Account No:<br>_Creditor # : 233_<br>_Matt Nedeau_<br>_37 Thompson St._<br>_Amesbury MA 01913_ | | _2004_<br>_Price of unfurnished product_<br>_order may have been shipped_ | | | | _$ 59.50_ | _$ 59.50_ |

Sheet No. __34__ of __51__ continuation sheets attached to

Schedule of Creditors

Subtotal $     449.25

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____/ Debtor    Case No._____

<div align="right">(if known)</div>

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim   H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 234  Donald Nelson  6172 70th St N  Glyndon MN 56547 | | 2004  Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:  Creditor # : 235  Gray Neuweiler  3213 Papillon Ct  Modesto CA 95356 | | 2004  Price of unfurnished product | | | | $ 56.50 | $ 56.50 |
| Account No:  Creditor # : 236  Charles Nicolo  1502 Barnswallow Dr  Bensalem PA 19020 | | 2004  Price of unfurnished product | | | | $ 50.50 | $ 50.50 |
| Account No:  Creditor # : 237  James Nixon  1130 Coventry Cr  Lancaster OH 43130 | | 2004  Price of unfurnished product | | | | $ 956.50 | $ 956.50 |
| Account No:  Creditor # : 238  William Ocker  88 Logan St  Lewiston PA 17044 | | 2004  Price of unfurnished product | | | | $ 50.50 | $ 50.50 |
| Account No:  Creditor # : 239  Reld O'Connell  146 Pinecrest Drive  Rochester NY 14617 | | 2004  Price of unfurnished product | | | | $ 106.09 | $ 106.09 |
| Account No:  Creditor # : 240  Sheri Orrick  469 NW Hampshire Ct  Blue Springs MO 64014 | | 2004  Price of unfurnished product | | | | $ 57.50 | $ 57.50 |

Sheet No. __35__ of __51__ continuation sheets attached to

Schedule of Creditors

Subtotal $    1,282.50

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 241<br>Christopher Osvalds<br>3238 Thomas Hickey<br>Joliet IL 60431 | | 2004<br>Price of unfurnished product<br>order may have been shipped | | | | $ 55.50 | $ 55.50 |
| Account No:<br>Creditor # : 242<br>Eldon Parrish<br>2109 NE 13th St<br>Moore OK 73160 | | 2004<br>Price of unfurnished product | | | | $ 50.50 | $ 50.50 |
| Account No:<br>Creditor # : 243<br>Dennis Pennington<br>258 E Ben Franklin Hwy<br>Birdsboro PA 19508 | | 2004<br>Price of unfurnished product | | | | $ 150.50 | $ 150.50 |
| Account No:<br>Creditor # : 244<br>Carol Pennington<br>4640 Wood Bridge Dr<br>Kernersville NC 27284 | | 2004<br>Price of unfurnished product<br>order may have been shipped | | | | $ 57.50 | $ 57.50 |
| Account No:<br>Creditor # : 245<br>Ronald & Kim Peters<br>910 S Humer St<br>Enola PA 17025 | | 2004<br>Price of unfurnished product<br>order may have been shipped | | | | $ 55.50 | $ 55.50 |
| Account No:<br>Creditor # : 246<br>Robert Petty<br>115 Dill Dr<br>Piedmont SC 29673 | | 2004<br>Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:<br>Creditor # : 247<br>Richard Phillips<br>10 Timberidge Ct<br>Lake Wylie SC 29710 | | 2004<br>Price of unfurnished product | | | | $ 254.50 | $ 254.50 |

Sheet No. _36_ of _51_ continuation sheets attached to

Schedule of Creditors

Subtotal $    815.00

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____/ Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim   H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 248<br>Juan Portales<br>1424 W Price Road<br>Brownsville TX 78522 | | 2004<br>Price of unfurnished product | | | | $ 191.00 | $ 191.00 |
| Account No:<br>Creditor # : 249<br>James Portsmouth<br>273 Rachel Rd<br>Kennewick WA 99338 | | 2004<br>Price of unfurnished product | | | | $ 57.50 | $ 57.50 |
| Account No:<br>Creditor # : 250<br>John Posen<br>957 Wentz Rd<br>Blue Bell PA 19422 | | 2004<br>Price of unfurnished product | | | | $ 54.50 | $ 54.50 |
| Account No:<br>Creditor # : 251<br>Angela P'pool<br>2474 Tennessee Dr<br>Xenia OH 45385 | | 2004<br>Price of unfurnished product<br>order may have been shipped | | | | $ 144.00 | $ 144.00 |
| Account No:<br>Creditor # : 252<br>Donald Prager<br>11412 Barley Field Way<br>Marriottsville MD 21104 | | 2004<br>Price of unfurnished product<br>order may have been shipped | | | | $ 57.50 | $ 57.50 |
| Account No:<br>Creditor # : 253<br>Kevin Pritts<br>240 E Loyalhanna St<br>Ligioner PA 15658 | | 2004<br>Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:<br>Creditor # : 254<br>Herman Pruitt<br>4481 Joseph Dr<br>Snellville GA 30039 | | 2004<br>Price of unfurnished product | | | | $ 57.50 | $ 57.50 |

Sheet No. _37_ of _51_ continuation sheets attached to

Schedule of Creditors

Subtotal $         617.50

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____ / Debtor     Case No._____

<div align="right">(if known)</div>

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 255 Ralph Quesada 20844 Parish Pl Riverside CA 92508 | | 2004 Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No: Creditor # : 256 William Quinn 821 Christianson Ave Madison WI 53714 | | 2004 Price of unfurnished product | | | | $ 105.25 | $ 105.25 |
| Account No: Creditor # : 257 Joseph Rala 102 Marcy Pl Brick NJ 08724 | | 2004 Price of unfurnished product | | | | $ 95.25 | $ 95.25 |
| Account No: Creditor # : 258 Randy Rawlings 2110 W Hovey St Normal IL 61761 | | 2004 Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No: Creditor # : 259 Robert Reagan RR 1, Box 1559 Beach Lake PA 18405 | | 2004 Price of unfurnished product | | | | $ 50.50 | $ 50.50 |
| Account No: Creditor # : 260 David Resch 2569 Spencerport Rd Spencerport NY 14559 | | 2004 Price of unfurnished product order may have been shipped | | | | $ 101.26 | $ 101.26 |
| Account No: Creditor # : 261 Richard Rinschler 555D NE 2nd Lane Ocala FL 34470 | | 2004 Price of unfurnished product | | | | $ 105.25 | $ 105.25 |

Sheet No. _38_ of _51_ continuation sheets attached to

Schedule of Creditors

<div align="right">Subtotal $     517.75</div>

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____ / Debtor        Case No._____

<div align="right">(if known)</div>

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 262  Michael Ripp  77 Mill St  Bloomfield NJ 07003 | | 2004  Price of unfurnished product | | | | $ 50.50 | $ 50.50 |
| Account No:  Creditor # : 263  James Roberson  825 Coolidge St #510  Honolulu HI 96826 | | 2004  Price of unfurnished product  order may have been shipped | | | | $ 158.50 | $ 158.50 |
| Account No:  Creditor # : 264  Elwood Roberson  3521 McCuiston Rd Lot 1  Greensboro NC 27407 | | 2004  Price of unfurnished product | | | | $ 57.50 | $ 57.50 |
| Account No:  Creditor # : 265  Jacqueline Roberts  544 Valleyview St  Kent OH 44240 | | 2004  Price of unfurnished product | | | | $ 57.50 | $ 57.50 |
| Account No:  Creditor # : 266  George Ross  4678 Jefferson Township Lane  Marietta GA 30065 | | 2004  Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:  Creditor # : 267  Ricky Rowe  14528 National Pike  Clear Spring MD 21722 | | 2004  Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:  Creditor # : 268  James Rushing  810 SW 26th St  El Reno OK 73036 | | 2004  Price of unfurnished product | | | | $ 201.00 | $ 201.00 |

Sheet No. _39_ of _51_ continuation sheets attached to

Schedule of Creditors

<div align="right">Subtotal $    733.00</div>

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____ / Debtor    Case No._____

<div style="text-align:right">(if known)</div>

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

<div style="text-align:center">(Continuation Sheet)</div>

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 269 James Russell 3197 N. Sherlock Pt Hernando FL 34442 | | 2004 Price of unfurnished product | | | | $ 152.50 | $ 152.50 |
| Account No: Creditor # : 270 Emory Russell PO Box 447- Hwy 64 Cimarron NM 87714 | | 2004 Price of unfurnished product | | | | $ 248.50 | $ 248.50 |
| Account No: Creditor # : 271 Richard Sabourin 3559 S Lenox St Milwaukee WI 53207 | | 2004 Price of unfurnished product | | | | $ 100.25 | $ 100.25 |
| Account No: Creditor # : 272 Daniel Schaefer 13549 Woodworth Rd New Springfield OH 44443 | | 2004 Price of unfurnished product | | | | $ 206.00 | $ 206.00 |
| Account No: Creditor # : 273 Dennis Schubert 90100 Shady Oak Lane Kerrick MN 55756 | | 2004 Price of unfurnished product | | | | $ 199.00 | $ 199.00 |
| Account No: Creditor # : 274 Eric Scheueneman 1330 Henry Brennan Drive El Paso TX 79936 | | 2004 Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No: Creditor # : 275 Ron Schuller RD 1 Box 174B Tioga PA 16946 | | 2004 Price of unfurnished product | | | | $ 55.50 | $ 55.50 |

Sheet No. 40 of 51 continuation sheets attached to

Schedule of Creditors

Subtotal $     1,113.25

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____ / Debtor    Case No._____
                                                                          (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 276* *Jack Schunk* *PO Box 636* *Perrysburg OH 43552* | | *2004* *Price of unfurnished product* | | | | *$ 151.50* | *$ 151.50* |
| Account No: *Creditor # : 277* *Charles Schwandt* *N5530 State Rd 76* *Shlocton WI 54170* | | *2004* *Price of unfurnished product* | | | | *$ 55.50* | *$ 55.50* |
| Account No: *Creditor # : 278* *Charles Schwartz* *RR6- Box 6548* *Moscow PA 18444* | | *2004* *Price of unfurnished product* | | | | *$ 109.25* | *$ 109.25* |
| Account No: *Creditor # : 279* *Jay Seidenstricker* *2941 Sunset Dr* *Dallastown PA 17313* | | *2004* *Price of unfurnished product* | | | | *$ 105.25* | *$ 105.25* |
| Account No: *Creditor # : 280* *Wes Senft* *917 Dallas Dr* *York PA  17406* | | *2004* *Price of unfurnished product* | | | | *$ 50.50* | *$ 50.50* |
| Account No: *Creditor # : 281* *Mohamad Sesay* *5235 Sage St* *MountainHome AFB ID 83648* | | *2004* *Price of unfurnished product* | | | | *$ 180.50* | *$ 180.50* |
| Account No: *Creditor # : 282* *Eugene Shanholtz* *PO Box 840* *Fort Ashby WV 26719* | | *2004* *Price of unfurnished product* | | | | *$ 55.50* | *$ 55.50* |

Sheet No. __41__ of ___51___ continuation sheets attached to

Schedule of Creditors

Subtotal $      583.00
(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 283<br>James Sharpe<br>363 Lynn Drive<br>Nashville TN 37211 | | 2004<br>Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:<br>Creditor # : 284<br>Dwight Shearer<br>RR2- Box 926<br>New Bloomfield PA 17068 | | 2004<br>Price of unfurnished product | | | | $ 105.25 | $ 105.25 |
| Account No:<br>Creditor # : 285<br>Al Shumskis<br>149 Mills Rd<br>Walden CA 93612 | | 2004<br>Price of unfurnished product | | | | $ 57.50 | $ 57.50 |
| Account No:<br>Creditor # : 286<br>Jeff Simmons<br>1140 Maple St<br>Honey Brook PA 19344 | | 2004<br>Price of unfurnished product | | | | $ 156.00 | $ 156.00 |
| Account No:<br>Creditor # : 287<br>Fred Simontz<br>2412 Fosterdale Lane<br>Winston Salem NC 27107 | | 2004<br>Price of unfurnished product | | | | $ 57.50 | $ 57.50 |
| Account No:<br>Creditor # : 288<br>James H Smith<br> 7958 Grant Avenue Rd<br>Auburn NY 13021 | | 2004<br>Price of unfurnished product | | | | $ 63.42 | $ 63.42 |
| Account No:<br>Creditor # : 289<br>Calvin Smith<br>131 Picket Avenue<br>Frankfort KY 40601 | | 2004<br>Price of unfurnished product | | | | $ 55.50 | $ 55.50 |

Sheet No. _42_ of ___51___ continuation sheets attached to

Schedule of Creditors

H--Husband
W--Wife
J--Joint
C--Community

Subtotal $          599.46

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 290 Carl Smith 5880 Hamilton Rd Jordan NY 13080 | | 2004 Price of unfurnished product | | | | $ 112.21 | $ 112.21 |
| Account No:  Creditor # : 291 George Smith 52 Valentine Rd Northborough MA 01532 | | 2004 Price of unfurnished product | | | | $ 198.00 | $ 198.00 |
| Account No:  Creditor # : 292 John R Smith 4 Dewalt Drive Mechanicsburg PA 17050 | | 2004 Price of unfurnished product | | | | $ 206.00 | $ 206.00 |
| Account No:  Creditor # : 293 Leslie Smith 2906 N. Harrison St Wilmington DE 19802 | | 2004 Price of unfurnished product | | | | $ 54.50 | $ 54.50 |
| Account No:  Creditor # : 294 Marvin Smith 394 Lyman Circle Brunswick OH 44212 | | 2004 Price of unfurnished product | | | | $ 100.25 | $ 100.25 |
| Account No:  Creditor # : 295 Russell Springer 5 Libby Street Lisbon Falls ME 04252 | | 2004 Price of unfurnished product | | | | $ 67.50 | $ 67.50 |
| Account No:  Creditor # : 296 Dave Stallard 3975 Deep Woods Bayou Door MI 49323 | | 2004 Price of unfurnished product order may have been shipped | | | | $ 296.00 | $ 296.00 |

Sheet No. 43 of 51 continuation sheets attached to

Schedule of Creditors

Subtotal $ 1,076.21
(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____/ Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   *Deposits by individuals*

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 297*<br>*Donald Stamets*<br>*244 Bushkill St*<br>*Easton PA 18042* | | *2004*<br>*Price of unfurnished product* | | | | *$ 109.25* | *$ 109.25* |
| Account No:<br>*Creditor # : 298*<br>*Ellis & D Brown Stauffer*<br>*16 Colt Dr*<br>*Mertztown PA 19539* | | *2004*<br>*Price of unfurnished product* | | | | *$ 55.50* | *$ 55.50* |
| Account No:<br>*Creditor # : 299*<br>*Paul Stauffer*<br>*652 St. Rte 897 E*<br>*Newmanstown PA 17073* | | *2004*<br>*Price of unfurnished product* | | | | *$ 50.50* | *$ 50.50* |
| Account No:<br>*Creditor # : 300*<br>*John Stephany*<br>*32905 395th Ave*<br>*Bellevue IA 52031* | | *2004*<br>*Price of unfurnished product* | | | | *$ 55.50* | *$ 55.50* |
| Account No:<br>*Creditor # : 301*<br>*Dale Stermer*<br>*RR1, Box 42B*<br>*Millerton PA 16936* | | *2004*<br>*Price of unfurnished product* | | | | *$ 55.50* | *$ 55.50* |
| Account No:<br>*Creditor # : 302*<br>*Richard Strause*<br>*190 N. Faust Road*<br>*Bethel PA 19507* | | *2004*<br>*Price of unfurnished product* | | | | *$ 55.50* | *$ 55.50* |
| Account No:<br>*Creditor # : 303*<br>*Robert Strickler*<br>*17 Village Dr*<br>*Newmanstown PA 17073* | | *2004*<br>*Price of unfurnished product* | | | | *$ 50.50* | *$ 50.50* |

Sheet No. __44__ of ___51___ continuation sheets attached to

Schedule of Creditors

Subtotal $          432.25

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

FORM B6E (12/03) West Group, Rochester, NY

In re P&D Manufacturing, Inc. _____ / Debtor    Case No._____
(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   *Deposits by individuals*

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 304 Dawn Struckle 1812 Cardinal Dr Cresco PA 18326 | | 2004 Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No: Creditor # : 305 Gary Stuffo 730 Cox Road Moorestown NJ 08057 | | 2004 Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No: Creditor # : 306 Mike Sydenstricker 811 Talbot St Belpre OH 45714 | | 2004 Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No: Creditor # : 307 Phillip Teach 14241M Fallingwaters Rd Williamsport MD 21795 | | 2004 Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No: Creditor # : 308 Robert Thomas RD#3- Box 158 Susquehanna PA 18847 | | 2004 Price of unfurnished product | | | | $ 57.50 | $ 57.50 |
| Account No: Creditor # : 309 Steven Thomas 12121 S Land Ave Oklahoma City OK 73170 | | 2004 Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No: Creditor # : 310 Renae Thomas 7469 Holly Ct Riverdale GA 30274 | | 2004 Price of unfurnished product | | | | $ 55.50 | $ 55.50 |

Sheet No. 45 of 51 continuation sheets attached to Schedule of Creditors

Subtotal $ 442.25
(Total of this page)

Case 2-04-20728-JCN, Doc 1, Filed 02/28/04, Entered 02/28/04 14:11:11, Description: Main Document, Page 51 of 135

In re _P&D Manufacturing, Inc._____ / Debtor     Case No._____

<div align="right">(if known)</div>

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 311<br>Thomas Titus<br>5700 Bear Creek Rd<br>Fairview PA 16415 | | 2004<br>Price of unfurnished product | | | | $ 107.25 | $ 107.25 |
| Account No:<br>Creditor # : 312<br>Dale Toms<br>5670 SW State Route T<br>Polo MO 64671 | | 2004<br>Price of unfurnished product | | | | $ 154.50 | $ 154.50 |
| Account No:<br>Creditor # : 313<br>Craig Tucker<br>1145 Highbrook Avenue<br>Suite 409<br>Akron OH 44301 | | 2004<br>Price of unfurnished product | | | | $ 260.50 | $ 260.50 |
| Account No:<br>Creditor # : 314<br>Ron Turnbaugh<br>24 Blade Dr<br>Dover DE 19901 | | 2004<br>Price of unfurnished product | | | | $ 105.25 | $ 105.25 |
| Account No:<br>Creditor # : 315<br>Edna Turner<br>9421 Brooks Gap Rd<br>Fulks Run VA 22830 | | 2004<br>Price of unfurnished product | | | | $ 266.50 | $ 266.50 |
| Account No:<br>Creditor # : 316<br>Chris Unger<br>1802 Rt 31 N Suite 2<br>Clinton NJ 08809 | | 2004<br>Price of unfurnished product | | | | $ 94.24 | $ 94.24 |
| Account No:<br>Creditor # : 317<br>Winifred Vajdic<br>204 Reading St<br>Steelton PA 17113 | | 2004<br>Price of unfurnished product | | | | $ 55.50 | $ 55.50 |

Sheet No. __46__ of ___51___ continuation sheets attached to

Schedule of Creditors

<div align="right">Subtotal $     1,007.00<br>(Total of this page)<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)</div>

In re _P&D Manufacturing, Inc._ _____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r  H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and consideration for Claim | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 318<br>David Valenti<br>9050 Iron Horse Lane #320<br>Pikesville MD 21208 | | _2004_<br>_Price of unfurnished product_<br>_order may have been shipped_ | | | | $ 57.50 | $ 57.50 |
| Account No:<br>Creditor # : 319<br>Thomas Vancoppenolle<br>312 Seneca Dr<br>Montpelier OH 43453 | | _2004_<br>_Price of unfurnished product_ | | | | $ 107.25 | $ 107.25 |
| Account No:<br>Creditor # : 320<br>Vernon Vanover<br>913 Crescent<br>Sikeston MO 63801 | | _2004_<br>_Price of unfurnished product_ | | | | $ 194.00 | $ 194.00 |
| Account No:<br>Creditor # : 321<br>Kevin Very<br>9082 Very Rd<br>Machias NY  14101 | | _2004_<br>_Price of unfurnished product_ | | | | $ 58.99 | $ 58.99 |
| Account No:<br>Creditor # : 322<br>Dean Vough<br>1291 Louisiana Ave<br>Akron OH 44314 | | _2004_<br>_Price of unfurnished product_ | | | | $ 105.25 | $ 105.25 |
| Account No:<br>Creditor # : 323<br>George Walburn<br>570 S. River Rd<br>Halifax PA 17032 | | _2004_<br>_Price of unfurnished product_ | | | | $ 55.50 | $ 55.50 |
| Account No:<br>Creditor # : 324<br>Lewis Wall<br>PO Box 879<br>Chatham VA 24531 | | _2004_<br>_Price of unfurnished product_<br>_order may have been shipped_ | | | | $ 54.50 | $ 54.50 |

Sheet No.  47  of   51   continuation sheets attached to

Schedule of Creditors

Subtotal $ | 627.99
(Total of this page)
(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 325_<br>_Marshall Waters_<br>_284 Randall Ave_<br>_Warwick RI 02889_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |
| Account No:<br>_Creditor # : 326_<br>_Richard Way_<br>_260 W Orange St_<br>_Lake Alfred FL 33850_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 102.25_ | _$ 102.25_ |
| Account No:<br>_Creditor # : 327_<br>_Charles Webster_<br>_747 Russell Strausse_<br>_Cookeville TN 38501_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 280.00_ | _$ 280.00_ |
| Account No:<br>_Creditor # : 328_<br>_Rhoda Welch_<br>_213 Sycamore Rd_<br>_Elkton MD 21921_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |
| Account No:<br>_Creditor # : 329_<br>_Gary Wendt_<br>_104 E Comstock Ave_<br>_Addison IL 60101_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 104.25_ | _$ 104.25_ |
| Account No:<br>_Creditor # : 330_<br>_Rick Werner_<br>_2600 Fairview Ave E # 14_<br>_Seattle WA 98102_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 331_<br>_Chris Westhall_<br>_114 Tolland Ave_<br>_Stafford Springs CT 06076_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |

Sheet No. __48__ of __51__ continuation sheets attached to

Schedule of Creditors

Subtotal $        693.50

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 332_<br>_Lester Weyand_<br>_1218 N Eaton_<br>_Indianapolis IN 46219_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |
| Account No:<br>_Creditor # : 333_<br>_Gordon Wheeler_<br>_7 Glenn Street_<br>_Cortland NY 13045_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 47.00_ | _$ 47.00_ |
| Account No:<br>_Creditor # : 334_<br>_Marvin Wheeler_<br>_1902 Stonewall Dr_<br>_Union City TN 38261_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 151.50_ | _$ 151.50_ |
| Account No:<br>_Creditor # : 335_<br>_John White_<br>_219 Wellburg High Point Rd_<br>_Winston Salem NC 27107_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 57.50_ | _$ 57.50_ |
| Account No:<br>_Creditor # : 336_<br>_Stewart Williams_<br>_11 Orchard St_<br>_Rensselaer NY 12144_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 226.34_ | _$ 226.34_ |
| Account No:<br>_Creditor # : 337_<br>_Gen Wilson_<br>_70 S. Wilson St_<br>_Muskegon MI 49442_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 338_<br>_Dewayne Winthrow_<br>_16759 County Rd 24_<br>_Mt Blanchard OH 45867_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 155.50_ | _$ 155.50_ |

Sheet No. _49_ of _51_ continuation sheets attached to

Schedule of Creditors

Subtotal $    831.34

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules.)

In re _P&D Manufacturing, Inc._ _____ / Debtor      Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim   H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 339  Bill Woland  19 W 3rd Street  Watsontown PA 17777 | | 2004  Price of unfurnished product | | | | $ 143.00 | $ 143.00 |
| Account No:  Creditor # : 340  Frank Yaklin  4333 25th Avenue #5  Fort Gratiot MI 48059 | | 2004  Price of unfurnished product  order may have been shipped | | | | $ 244.00 | $ 244.00 |
| Account No:  Creditor # : 341  Carl Yowell  5731 Old Ct. Rd.  Baltimore MD 21244 | | 2004  Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:  Creditor # : 342  Mark & Lora Zeiger  1151 Lasalle Ave  Grand Island NY 14072 | | 2004  Price of unfurnished product | | | | $ 61.63 | $ 61.63 |
| Account No:  Creditor # : 343  Wendell Zentz  158 N Carroll St  Thurmont MD 21788 | | 2004  Price of unfurnished product | | | | $ 294.00 | $ 294.00 |
| Account No:  Creditor # : 344  Art Zink  610 Ranger Rd  Falbrook CA 92028 | | 2004  Price of unfurnished product | | | | $ 149.50 | $ 149.50 |
| Account No: | | | | | | | |

Sheet No. _50_ of _51_ continuation sheets attached to

Schedule of Creditors

Subtotal $    798.13

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules.)

In re _P&D Manufacturing, Inc._____/ Debtor     Case No._____

<div align="right">(if known)</div>

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

TYPE OF PRIORITY   _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: *4081*<br>*Creditor # : 345*<br>*IRS Special Procedures*<br>*POB 266, Niag. Sq. Sta.*<br>*Buffalo NY 14201* | | *2001-02*<br>*Withholding taxes* | | | | *$ 66,054.41* | *$ 66,054.41* |
| Account No:<br>*Creditor # : 346*<br>*NYS Depatment of Labor*<br>*Insolvency Unit*<br>*Bldg 12 Room 256*<br>*Albany NY 12240* | | *Unemployment taxes* | | | | *Unknown* | *$ 0.00* |
| Account No:<br>*Creditor # : 347*<br>*NYS Dept. of Tax & Finance*<br>*Bankruptcy Unit*<br>*PO Box 5300*<br>*Albany NY 12205-0300* | | | | | | *$ 5,858.37* | *$ 5,858.37* |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. __51__ of __51__ continuation sheets attached to

Schedule of Creditors

<div align="right">Subtotal $     71,912.78<br>(Total of this page)</div>

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1 <br> ABF <br> Rick Nolte <br> PO Box 10048 <br> Fort Smith AR 72917 | | *2004* <br> *Price of unfurnished product* | | | | $ 6,048.00 |
| Account No: <br> Creditor # : 2 <br> Adair Kaul Law Firm <br> 300 Linden Oaks <br> Rochester NY 14625 | X | | | | | *Unknown* |
| Account No: <br> Creditor # : 3 <br> Advanced Business Machines <br> 1505 Cleveland Drive <br> Buffalo NY 14225 | | *Equipment rental* | | | | $ 50,000.00 |
| Account No: <br> Creditor # : 4 <br> Advantage Systems Professional <br> 500 Linden Oaks <br> Rochester NY 14625 | | *Services* | | | | $ 1,497.39 |

_17_ continuation sheets attached

| | |
|---|---|
| Subtotal $ <br> (Total of this page) | 57,545.39 |
| Total $ <br> (Report total also on Summary of Schedules) | |

In re _P&D Manufacturing, Inc._____ / Debtor     Case No._____

<div align="right">(if known)</div>

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | | | | | $ 3,160.00 |
| Creditor # : 5 Advantage Tool & Mold Steven Pullen 999 Ridgeway Avenue Rochester NY 14625 | | Goods and/or services | | | | |
| Account No: | | | | | | |
| Representing: Advantage Tool & Mold | | Monroe County Sheriff 65 West Broad Street Rochester NY 14614 | | | | |
| Account No: | | | | | | |
| Representing: Advantage Tool & Mold | | Harris Beach LLP 99 Garnsey Road Pittsford NY 14534 | | | | |
| Account No: | | | | | | $ 4,556.15 |
| Creditor # : 6 Aim Corrugated Container PO Box 7575 Lancaster NY14086 | | Goods and/or services | | | | |
| Account No: | | | | | | $ 1,292.60 |
| Creditor # : 7 Airborne Express c/o NCO Financial Services 1804 Washington Blvd Baltimore MD 21230 | | Services | | | | |
| Account No: 02-6 | | | | | | Unknown |
| Creditor # : 8 American Express Processing PO Box 53582 Phoenix AZ 85072 | | Charge card processing | | | | |

Sheet No. _1_ of _17_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

<div align="right">

**Subtotal $**      9,008.75
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

</div>

In re P&D Manufacturing, Inc.　　　　　　　　　　　 / Debtor　　　Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  Creditor # : 9 Phyllis Austin 14 Carob Court Penfield NY 14526 | X | Purchase of business | | | | $ 121,746.00 |
| Account No:  Representing: Phyllis Austin | | Harris Beach LLP 99 Garnsey Road Pittsford NY 14534 | | | | |
| Account No:  Creditor # : 10 B2B Gloves.com, Inc. PO Box 92351 Rochester NY 14692 | | Goods and/or services | | | | $ 40.82 |
| Account No:  Creditor # : 11 Bailey & Co. Jane Hoffinger, Esq. 2565 Brighton Henrietta TL Rd Rochester NY 14623 | | 2002 Rent in Arrears | X | X | X | $ 10,000.00 |
| Account No:  Creditor # : 12 Sean Bogle PO 151358 Altamonte Sprs FL 32701-1358 | | Goods and/or services | | | | $ 4,920.06 |
| Account No:  Creditor # : 13 Tom Britt 11711 College Avenue #100 Carmel IN 46032 | | Royalties | | X | | Unknown |

Sheet No. _2_ of _17_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $　　　　136,706.88
(Total of this page)

Total $
(Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____ / Debtor    Case No._____
                                                                                    (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | X | H--Husband W--Wife J--Joint C--Community | X | X | X | |
| Creditor # : 14 Brothers 2 LP 545 Basket Road Webster NY 14580 | | Rent, deposit, power,improvements associated with claims by Boulter Corp & Jenn-Jeff Construction- *Subject to Setoff | | | | $ 250,000.00 |
| Account No:    3079 | X | | | | | $ 2,000.00 |
| Creditor # : 15 Capital One PO Box 85015 Richmond VA 23285 | | Credit Card Purchases | | | | |
| Account No: | | | | | | $ 1,709.26 |
| Creditor # : 16 Carney Plastics 1010 W. Rayen Avenue Youngstown OH 44502 | | Goods and/or services | | | | |
| Account No: | | | | | | $ 3,649.37 |
| Creditor # : 17 Chaspak 230 Commerce Drive Avon NY  14414 | | Goods and/or services | | | | |
| Account No: | | | | | | $ 530.70 |
| Creditor # : 18 Christi Plastics, Inc. 215 Tremont Street Rochester NY 14608 | | Goods and/or services | | | | |
| Account No: | | | | | | $ 10,000.00 |
| Creditor # : 19 Citicorp Leasing/Citicapital PO Box 7247-7878 Philadelphia PA 19170-7878 | | Equipment rental | | | | |

Sheet No.   3   of    17   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                              267,889.33
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **Creditor # : 20** **Clariant, Masterbatch Division** **3631 Collection Center Drive** **Chicago IL 60693** | | *Goods and/or services* | | | | $ 78.50 |
| Account No: **Creditor # : 21** **Crowley Foods** **Robert Henuset** **10975 Dutton Rd** **Philadelphia PA 19154** | | *2004* *Price of unfurnished product* | | | | $ 15,000.00 |
| Account No: **Creditor # : 22** **Crown Electric Supply Co., Inc** **PO Box 86, Route 104** **Union Hill NY 14563** | | *Goods and/or services* | | | | $ 1,266.74 |
| Account No: **Creditor # : 23** **Crystal Clean** **PO Box 68123** **Indianapolis IN 46268** | | *Services* | | | | $ 1,776.62 |
| Account No: **Creditor # : 24** **Curbell, Inc.** **PO Box 1850** **Buffalo NY 14240** | | | | | | $ 660.00 |
| Account No: **Creditor # : 25** **Davis International/Handone Studios, Inc.** **1225 Clifford Avenue** **Rochester NY 14621** | | *Services* | | | | $ 726.38 |

Sheet No.   4   of   17   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** (Total of this page) | 19,508.24 |
| **Total $** (Report total also on Summary of Schedules) | |

In re P&D Manufacturing, Inc. _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State.<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | c o n t i n g e n t | u n l i q u i d a t e d | d i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | | | | | $ 150.00 |
| Creditor # : 26<br>Deco Tools<br>1541 Coining Drive<br>Toledo OH 43612 | | Goods and/or services | | | | |
| Account No: | | | | | | $ 1,860.00 |
| Creditor # : 27<br>DG Productions, Inc./<br>UtilityToy<br>PO Box 522288<br>Longwood FL 32752 | | | | | | |
| Account No: | | | | | | Unknown |
| Creditor # : 28<br>Discover Financial Services, Inc.<br>POB 3016<br>New Albany OH 43054 | | Charge card processing | | | | |
| Account No: | | | | | | $ 344.43 |
| Creditor # : 29<br>D-M-E of Canada<br>PO Box 64155<br>Detroit MI 48264 | | Goods and/or services | | | | |
| Account No: | | | | | | $ 50,000.00 |
| Creditor # : 30<br>DuPont<br>21322 Network Place<br>525 West Monroe Street<br>Chicago IL 60661 | | Goods and/or services | | | | |
| Account No: | | | | | | $ 1,372.25 |
| Creditor # : 31<br>Exacto<br>1201 Hickory Street<br>PO Box 24<br>Grafton WI 53024 | | Goods and/or services | | | | |

Sheet No. 5 of 17 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $<br>(Total of this page) | 53,726.68 |
| Total $<br>(Report total also on Summary of Schedules) | |

In re _P&D Manufacturing, Inc._ _____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | c o n t i n g e n t | u n l i q u i d a t e d | d i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband<br>W--Wife<br>J--Joint<br>C--Community | | | | | |
| Account No: 1190 | | | | | | | $ 2,000.00 |
| Creditor # : 32<br>Express Personnel Service<br>P.O. Box 268951<br>Oklahoma City OK 73126 | | Services | | | | | |
| Account No: | | | | | | | $ 3,500.00 |
| Creditor # : 33<br>Fairway Spring Company<br>PO Box 69<br>Horseheads NY 14845 | | Goods and/or services | | | | | |
| Account No: | | | | | | | $ 544.06 |
| Creditor # : 34<br>Frontier Telephone<br>ATTN: J. Coyne/A. Lemberis<br>180 S. Clinton Avenue<br>Rochester NY 14646-0300 | | Services | | | | | |
| Account No: | | 2004 | | | | | $ 1,637.50 |
| Creditor # : 35<br>G3 Transport<br>Dan Shields<br>9135 Boul. Henri-Buourassa Est<br>Montreal Quebec CANADA H1E 1P4 | | Price of unfurnished product | | | | | |
| Account No: | | | | | | | $ 3,934.18 |
| Creditor # : 36<br>Golden Box, The<br>7 Leonard Drive<br>East Rockaway NY 11518 | | Goods and/or services | | | | | |
| Account No: | | | | | | | $ 1,943.61 |
| Creditor # : 37<br>Greenwald Industrial Products<br>2507 51st Avenue<br>Hyattsville MD 20781 | | Goods and/or services | | | | | |

Sheet No. _6_ of _17_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    13,559.35
(Total of this page)

**Total $**
(Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____ / Debtor     Case No._____
                                                                                      (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 38<br>Harvey-Daco/Central Freight<br>Mark Tynes<br>PO Box 7155<br>Waco TX 76714 | | | 2004<br>Price of unfurnished product | | | | $ 5,247.00 |
| Account No:<br><br>Creditor # : 39<br>Home Depot<br>PO Box 105991, Dept 24<br>Atlanta GA 30348 | | | Goods and/or services | | | | $ 1,194.54 |
| Account No:<br><br>Creditor # : 40<br>Hudson Valley Paper Co.<br>PO Box 1988<br>Albany NY 12201 | | | Goods and/or services | | | | $ 265.10 |
| Account No:<br><br>Creditor # : 41<br>Ineos Acrylics | | | Goods and/or services | | | | $ 630.51 |
| Account No:<br><br>Creditor # : 42<br>Isaac Heating<br>180 Charlotte Street<br>Rochester NY 14607 | | | Services | | | | $ 5,023.93 |
| Account No:<br><br>Representing:<br>Isaac Heating | | | John D'Arpino<br>252 S. Plymouth Avenue<br>Rochester NY 14608 | | | | |

Sheet No. _7_ of _17_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $**<br>(Total of this page) | 12,361.08 |
| **Total $**<br>(Report total also on Summary of Schedules) | |

In re _P&D Manufacturing, Inc._ _____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br><br> Creditor # : 43 <br> J&H Screw Products Corp. <br> 1745 Lakeville-E. Avon Road <br> Avon NY 14414 | | Goods and/or services | | | | $ 3,085.50 |
| Account No: <br><br> Creditor # : 44 <br> J&J Machining <br> PO Box 5127 <br> Greene RI 02827 | | Goods and/or services | | | | $ 1,872.04 |
| Account No: <br><br> Creditor # : 45 <br> Kenna Communications <br> 554 Jefferson Avenue <br> Fairport NY 14450 | | Services | | | | $ 644.09 |
| Account No: <br><br> Creditor # : 46 <br> Land Line Magazine <br> c/o NCO Financial <br> PO Box 41593 <br> Philadelphia PA 19101 | | Advertising | | | | $ 6,200.00 |
| Account No: <br><br> Creditor # : 47 <br> LCI <br> A-1 Country Club Road <br> E. Rochester NY 14445 | | Goods and/or services | | | | $ 89.00 |
| Account No: <br><br> Creditor # : 48 <br> Lucite International <br> 7275 Goddlett Farms Pkwy <br> Cordova TN 38016 | | Goods and/or services | | | | $ 630.51 |

Sheet No. _8_ of _17_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**       12,521.14
(Total of this page)

**Total $**
(Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 7544 | | | | | | $ 1,078.36 |
| Creditor # : 49 Manufacturing Self-Insurance Trust PO Box 3580 Syracuse NY 13220 | | Workers compensation | | | | |
| Account No: | | | | | | $ 2,946.84 |
| Creditor # : 50 Marks Service Unlimited 488 US Route42 Ashland OH 44805 | | Services | | | | |
| Account No: | | | | | | $ 4,235.83 |
| Creditor # : 51 Monroe Litho 39 Delevan Street Rochester NY 14605 | | Goods and/or services | | | | |
| Account No: | | 2004 | | | | $ 1,686.20 |
| Creditor # : 52 Mountain Star Steve Demascio/A. Pinninger 6061 Telegraph Rd Toledo OH 43612 | | Price of unfurnished product | | | | |
| Account No: 0212 | | | | | | Unknown |
| Creditor # : 53 National Benefit Life Ins. 333 West 34th Street New York NY 10001 | | Insurance | | | | |
| Account No: | | | | | | $ 812.82 |
| Creditor # : 54 National Die Casting Machinery 33 Plan Way Warwick RI 02886 | | Supplies | | | | |

Sheet No. _9_ of _17_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     10,760.05
(Total of this page)

Total $
(Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 55 National Kard I-95 Corp. 33 Plan Way Warwick RI 02886 | | Goods and/or services | | | | $ 2,199.18 |
| Account No: Creditor # : 56 New Images/US Foods Chris/Tammy Tatro PO Box 291, 40 Mariondale Dr Plantsville CT 06479 | | 2004 Price of unfurnished product | | | | $ 3,726.00 |
| Account No: Creditor # : 57 No Other Impressions 10 Symington Place Rochester NY 14611 | | Goods and/or services | | | | $ 566.00 |
| Account No: Creditor # : 58 Noco Energy 2440 Sheridan Drive Tonawanda NY 14150 | | Goods and/or services | | | | $ 744.76 |
| Account No: Creditor # : 59 Jim Nugent & Nick Marrone 1655 Elmwood Avenue #210 Rochester NY 14620 | | Rent and Note | | | | $ 60,000.00 |
| Account No: Creditor # : 60 Paccar Barbara McHarg PO Box 1518 Bellevue WA 98009 | | Royalties | | | | Unknown |

Sheet No. _10_ of _17_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ (Total of this page) | 67,235.94 |
| Total $ (Report total also on Summary of Schedules) | |

In re  P&D Manufacturing, Inc. _____ / Debtor      Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | | | | | $ 1,499.51 |
| Creditor # : 61<br>Paint Masters Auto Finishers<br>3327 Brighton Henrietta TL Rd.<br>Rochester NY 14623 | | Goods and/or services | | | | |
| Account No: | | | | | | $ 2,000.00 |
| Creditor # : 62<br>Paris Kirwan<br>PO Box 40420<br>Rochester NY 14604 | | Insurance | | | | |
| Account No: | | | | | | $ 1,000.00 |
| Creditor # : 63<br>Paychex<br>PO Box 25509<br>Rochester NY 14625 | | Payroll service | | | | |
| Account No: | X | 2004<br>Insurance | | | | $ 3,901.56 |
| Creditor # : 64<br>Peerless Insurance<br>62 Maple Ave<br>Keene NH 03431 | | | | | | |
| Account No: | | 2004<br>Price of unfurnished product | | | | $ 9,348.00 |
| Creditor # : 65<br>Pet Foods<br>Shannon Wilson<br>747B Simuel Rd<br>Spartansburg SC 29301 | | | | | | |
| Account No: | | | | | | $ 656.50 |
| Creditor # : 66<br>Pettinger Sheet Metal<br>Fabrication<br>101 Saltonstall Street<br>Canandaigua NY 14424 | | Goods and/or services | | | | |

Sheet No.  11  of  17  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $<br>(Total of this page) | 18,405.57 |
|---|---|---|
|  | Total $<br>(Report total also on Summary of Schedules) | |

In re _P&D Manufacturing, Inc._____ / Debtor    Case No._____

<span style="text-align:right">(if known)</span>

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 67 Petty Enterprises Attention: Jim Hannigan 311 Branson Mill Road Randleman NC 27317 | | *Royalties* | X | | | *Unknown* |
| Account No: Creditor # : 68 Piggly Wiggly Rita Postell 176 Croghan Spur Rd #101 Charleston SC 29407 | | *2004* *Price of unfurnished product* | | | | *$ 3,290.00* |
| Account No: Creditor # : 69 Primedia Enterprises 6420 Wilshire Blvd Los Angeles CA 90048-5515 | | *Royalties* | | | | *Unknown* |
| Account No: Creditor # : 70 Printex 12113 Kirkham Road Poway CA 92064 | | *Goods and/or services* | | | | *$ 1,600.00* |
| Account No: Creditor # : 71 PRN Corporation 18 Blacksmith Road PO Box 351 Feeding Hills MA 01030 | | *Goods and/or services* | | | | *$ 3,294.26* |
| Account No: Creditor # : 72 Providence Metallizing Co. 51 Fairlawn Avenue Providence RI 02860 | | *Goods and/or services* | | | | *$ 1,418.75* |

Sheet No. _12_ of _17_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right">

**Subtotal $**     *9,603.01*
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

</div>

In re _P&D Manufacturing, Inc._____ / Debtor     Case No._____

<div align="right">(if known)</div>

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 73 <br> Qualtech Reprographics <br> 111 Humboldt Street <br> Rochester NY 14609 | | Goods and/or services | | | | $ 555.00 |
| Account No: 89-1 <br> Creditor # : 74 <br> RDA Container Corp. <br> 70 Cherry Road <br> Rochester NY 14624 | | Goods and/or services | | | | $ 6,161.51 |
| Account No: <br> Representing: <br> RDA Container Corp. | | United Commercial Collection <br> 105 Earhart Drive <br> Buffalo NY 14221 | | | | |
| Account No: 0786 <br> Creditor # : 75 <br> Retriever Payment Systems <br> 20405 State  Hwy 249 #700 <br> Houston TX 77070 | | Charge card processing | | | | $ 0.00 |
| Account No: <br> Creditor # : 76 <br> Roadway Express <br> PO Box 93151 <br> Chicago IL 60673 | | Freight | | | | $ 296.69 |
| Account No: <br> Creditor # : 77 <br> Rochester Gas & Electric <br> 89 East Avenue <br> Rochester NY 14649 | | Utility Bills | | | | $ 5,000.00 |

Sheet No. _13_ of _17_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

<div align="right">

**Subtotal $**   12,013.20
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

</div>

In re _P&D Manufacturing, Inc._____ / Debtor    Case No._____

<div align="right">(if known)</div>

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 78<br>Rochester Welding Supply<br>510 State Street<br>Rochester NY 14608 | | Goods and/or services | | | | | $ 115.96 |
| Account No:<br>Creditor # : 79<br>Rotenberg & Co.<br>1870 Winton Rd. S.<br>Rochester NY 14618 | X | thru 2004<br>Accounting services | | | | | $ 40,000.00 |
| Account No:<br>Creditor # : 80<br>S.E. Bennett Co.<br>c/o Craig Harrick, Esq.<br>33 River Street<br>Chagrin Falls OH 44022 | | Services | | | | X | $ 3,200.00 |
| Account No:<br>Representing:<br>S.E. Bennett Co. | | Bedford Municipal Court<br>165 Center Road<br>Bedford OH 44146 | | | | | |
| Account No:<br>Representing:<br>S.E. Bennett Co. | | Gilmore & Burland<br>23300 Chagrin Blvd<br>Cleveland OH 44122 | | | | | |
| Account No:<br>Creditor # : 81<br>S.R. Bacher<br>6 Grand Erie Way<br>Fairport NY 14450 | | Goods and/or services | | | | | $ 9,233.18 |

Sheet No. __14__ of __17__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

<div align="right">

**Subtotal $**    52,549.14
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

</div>

In re _P&D Manufacturing, Inc._ _____ / Debtor    Case No._____

<div align="right">(if known)</div>

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | | | | | $ 2,252.06 |
| Creditor # : 82<br>Safety-Kleen Systems, Inc.<br>PO Box 382066<br>Pittsburgh PA 15250 | | Goods and/or services | | | | |
| Account No: | | | | | | $ 1,712.52 |
| Creditor # : 83<br>Sericol, Inc.<br>12554 Collections Center Dr<br>Chicago IL 60693 | | Goods and/or services | | | | |
| Account No: | | 2004 | | | | $ 7,395.00 |
| Creditor # : 84<br>Service Trucking<br>Ed Bannon<br>21700 Eskridge Rd<br>Bridgeville DE 19933 | | Price of unfurnished product | | | | |
| Account No: | | | | | | $ 1,213.40 |
| Creditor # : 85<br>Strickner Tool & Design<br>793 Canning Parkway<br>Victor NY 14564 | | Goods and/or services | | | | |
| Account No: | | 2004 | | | | $ 4,860.00 |
| Creditor # : 86<br>Teamsters Local Union 36<br>Ed Mattas<br>4626 Mercury St<br>San Diego CA 92111 | | Price of unfurnished product | | | | |
| Account No: | | 2004 | | | | $ 17,700.00 |
| Creditor # : 87<br>Total Logistics Control<br>Linda Nienhuia<br>10875 Chicago Dr<br>Zeeland MI 49464 | | Price of unfurnished product | | | | |

Sheet No. _15_ of _17_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal $    35,132.98
(Total of this page)
Total $
(Report total also on Summary of Schedules)

</div>

In re  _P&D Manufacturing, Inc._  _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | | | | | $ 65.26 |
| Creditor # : 88 Trumpler Clancy PO Box 483 Hamburg NY 14075 | | Goods and/or services | | | | |
| Account No: | | | | | | $ 8,000.00 |
| Creditor # : 89 United Parcel Service PO Box 650580 Dallas TX 75265 | | Services | X | X | | |
| Account No: | | | | | | $ 455.39 |
| Creditor # : 90 United States Plastic Corp. 1390 Neubrecht Rd. Lima OH 45801 | | Goods and/or services | | | | |
| Account No: | | | | | | $ 2,051.00 |
| Creditor # : 91 Upstate Litho, Inc. c/o Credit Mediators, Inc. PO Box 456 Upper Darby PA 19082 | | Goods and/or services | | | | |
| Account No: | | | | | | $ 2,044.04 |
| Creditor # : 92 WNY Computing Systems 1100 Pittsford-Victor Rd. Pittsford NY 14534 | | Services | | | | |
| Account No: | | | | | | $ 167.79 |
| Creditor # : 93 Xpedx PO Box 371083 Pittsburgh PA 15250 | | Freight | | | | |

Sheet No.  _16_  of  _17_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     12,783.48
(Total of this page)

Total $
(Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____ / Debtor    Case No._____

<div align="right">(if known)</div>

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | | | | | $ 249.90 |
| Creditor # : 94 Xpert Paint Dept 1451 Denver CO 80291 | | Goods and/or services | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. __17__ of __17__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ (Total of this page) | 249.90 |
|---|---|---|
|  | Total $ (Report total also on Summary of Schedules) | 801,560.11 |

In re _P&D Manufacturing, Inc._ _____ / Debtor    Case No. _____

<div align="right">(if known)</div>

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
creditors.

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

In re _P&D Manufacturing, Inc._ _____ / Debtor     Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _David & Patricia Lowe_<br>_PO Box 445_<br>_Webster NY  14580_ | _Adair Kaul Law Firm_<br>_300 Linden Oaks_<br>_Rochester NY  14625_<br><br>_Phyllis Austin_<br>_14 Carob Court_<br>_Penfield NY  14526_<br><br>_Brothers 2 LP_<br>_545 Basket Road_<br>_Webster NY  14580_<br><br>_Capital One_<br>_PO Box 85015_<br>_Richmond VA  23285_<br><br>_Peerless Insurance_<br>_62 Maple Ave_<br>_Keene NH  03431_<br><br>_Rotenberg & Co._<br>_1870 Winton Rd. S._<br>_Rochester NY  14618_ |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In re *P&D Manufacturing, Inc., a Corporation*    Case No.
*fdba Winross*           Chapter **7**

_____ / Debtor

Attorney for Debtor:   *Raymond C. Stilwell, Esq.*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____*841.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____*841.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $_____*0.00*

3. $_____*209.00*_____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   `

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *2/26/2004*      Respectfully submitted,

        X */s/ Raymond C. Stilwell, Esq.*
         _____
Attorney for Petitioner: *Raymond C. Stilwell, Esq.*
         *ADAIR KAUL MURPHY AXELROD & SANTORO LLP*
         *300 Linden Oaks*
         *Suite 220*
         *Rochester NY  14625*

Canandaigua National Bank
73 South Main Street
Canandaigua, NY  14424


Mike Absher
5575 Giddie Dr
Winston Salem, NC  27105


Edwin Adamczyk
7795 Oakland Pl
Waterford, MI  48327


Rob Ahlers
66 W Nimisila Road
Akron, OH  44319


Jaime Alston
114-62 210th St
Jamaica, NY  11411


Tony Anderson
394 S Beston Rd
LaGrange, NC  28551


Bruce Andrews
PO Box 13
Whitsett, NC  27377


Marcia Armbrecht
40 Scott Dr
Stroudsburg, PA  18360

J.Richard Aresnault
211 Blue Mt. Est.
Rocky Face, GA  30740


Greg Atkinson
3456 Marblecrest Ct
Dayton, OH  45440


Timothy Baer
16303 Gulfwinds Ct
Grover, MO  63040


Dennis Bagby
2233 N. Suree Ellen Lane
Altadena, CA  91001


George Beauchamp
10425 Beauchamp Lane
Delmar, DE  19940


Ralph Beaulleu
196 Westshore Ave
Manchester, NH  03109


Edwin Beck
2927 Woodshead Terr
York, PA  17403


Larry & Darlene Becker
1954 Renoll Lane
Spring Grove, PA  17362

Terry Becksvoort
5020 Christy Lane
Holland, MI  49424


Paul Beddiges
181 Bear Dr
Lehighton, PA  18235


Randy Bedway
30 Avenue E
Schuklkillhaven, PA  17972


Don Beem
703 N. Buffalo St
Silver City, NM  88061


Douglas Bender
4959 Renie Rd
Bellville, OH  44813


James Bernardoni
52 New Plaza St
Yalesville, CT  06492-2237


Lawrence Berra
230 Banta Avenue
Garfield, NJ  07026


Clifford Besch
2715 Jenna Circle
Montgomery, IL  60538

Nicole Betz
174 Meadow Lane
Marlton, NJ  08053


Bob Blazina
409 Mayer Ct
Ridgefield, NJ  07657


Paul Block
12462 N Luckoff Rd
Marana, AZ  85653


Thomas Blondin
3205 27th St
Parkersburg, WV  26104


Fern Blose
119 Redcliff Dr
Cresco, PA  18326


Robert Bloucher
105 Maiden Choice Lane
Carsonville, MD  21228


Linda Blue
7126 Country Rd 635W
Reelsville, IN  46171


Jean Bobeck
RR3- Box 3586
Hazelton, PA  18201

Scott Bodine
156 Lincoln Ave
Mount Holly, NJ  08060


Dennis Bodisch
105 N. Skyline Dr
Clarks Summit, PA  18411


Kenneth Boling, Sr.
408 N. Birchwood Avenue
Louisville, KY  40206


Joseph Bollinger
2490 Tom Austin Hwy
Greenbrier, TN  37073


Nancy Borsey
128 Waterbury Ave
Stamford, CT  06902


Kirk Bowman
809 Canton St
Jefferson, LA  70121


Carl Bracken
2512 Ann Way
Lower Burrell , PA  15068


James & Donna Brandt
280 Meadow Lane
Lebanon, PA  17042

Paul Bridges
23913 NW 94th Ave
Alachua, FL  32615

Daryl Brink
550 Lauricella Ave
Jefferson, LA  70121

Brian Brungard
95 Blessing Drive
Muncy, PA  17756

William Bruns
472  Tailholt Lane
Shelbyville, IN  46176

Dale Bryant
6704 Landover Hills Lane
Arlington, TX  76017

Joseph Bryson
3871 E 146 St
Cleveland, OH  44128

Christian Burkholder
5668 Pine Road
Thomasville, PA  17364

Bruce Burley
470 N Samuel Dr
Zanesville, OH  43701

Robert Burrows
1817 Myers Rd
Shelbyville, OH  44875


Paul Bygd
2024 Gernetz Lane
Red Wing, MN  55066


Nick Calola Jr.
100 Vineyard Rd
Edison, NJ  08817


William T Carline III
30 Tyler St
Attleboro, MA  02703


Edward Carter
3807 Clubhouse Dr
Fayetteville, PA  17222


Vincent Cestaro
41 Van Rensselaer St
Belleville, NJ  07109


Turn Chan
20 Burning Bush Drive
Rochester, NY  14606


Greg Chandler
1218 Washington St
Eden    , NC  27288

David Chapell
89 Ohio St
Laporte, IN  46350


Tom Chladek
3427 G Street
Philadelphia, PA  19134


Roy & Carol Chugg
135 Ridgewood Rd
Rochester, NY  14626


Michael Cicalese
200 Bungalow Terr
Millington, NJ  07946


Tom Cichon
55 Rogers Ave
Rochester, NY  14606


Jeff Cleary
646 Elm St
Bally, PA  19503


Michael Collins
5331 Grain Mill Rd
Pahrump, NV  89061


Bill Colotto
6016 Tournament Dr
Waterville, OH  43566

Warren Condon
4403 E Orange Creek La
Anaheim, CA  92780


John Cook
18 Bradford Terr
New Windsor, NY  12553


Randy Cool
14707 Pennsylvania Ave
Hagerstown, MD  21742


Joe Coolack
659 Limecrest Rd
Newton, NJ  07860


Robert Cooper
507 Blackburn Ave
York, NE  68467


Timothy Cooper
390 Andrews Dr
PO Box 249
Almond, NC  28702-0249


Pierre Cousar
78 W 141st St
Dixmoor, IL  60426


Douglas Crips
255 Peachtree Place
Mason, MI  48854

Terry Cromley
POB 20
Montadon, PA  17850


Sean & Ellen Cronan
67 E Case Dr
Hudson, OH  44236


Mike Culliton
5230 Mosquero Rd
Spring Hill, FL  34606


Robert Cultice, Jr.
PO Box 52
812 W Dalmen Rd
Kouts, IN  46347


Patrick Currence
6468 Rockshire St
Alexandria, VA  22315


Samuel Curry
8434 Knights Ridge Rd
Charlotte, NC  28210


Clarence Dals
32972 106th St
Eureka, SD  57437


Mark Danielczyk
4302 W Shamrock Lane #30
McHenry, IL  60050

Michiel Davis
455 N Walnut

Wahoo, NE  68066


Leo Debri
959 Kendlewood NE
Grand Rapids, MI  49505


Nick Degrazio
306 Pine Rock Ave
Hamden, CT  06514-4858


Jim Deibert
2225 Benders Dr
Bath, PA  18014


Harvey Dekrafft
1000 Main Street #200
Voorhees, NJ  08054


Barbara Demay
2253 Boller Dr
Westminster, MD  21157


Kevin DeRoller
1231 Lake Point Drive
Webster, NY  14580


Clarence Derr
6816 Everall Avenue
Baltimore, MD 21206

Judy & Ronald Devine
500 E Joyce St
Mebane, NC  27302


Robert Dignan
433 Hartsdale Rd
Virginia Beach, VA  23462


Mike Dinsmore
 61 Sandalwood Drive
Rochester, NY  14616


Richard Ditzler
327 Fretz Rd
Perkasle, PA  18944


Thomas Donelson
337 S. Countryside Dr
Ashland, OH  44805


Brian Donohue
7454 Racing Rd
Pleasant Garden, NC  27313


William Donovan
1808 Edgewater Trail
Whitehouse, TX  75791


James Dorris
14 E. Howard St
Stowe, PA  19464

Bruce Doyle
154 Church Street
Keyport, NJ  07735


Todd Dudley
458 Pleasant Valley Rd
Silver Creek, GA  30173


Ed & Midge Edwards
RR6- Box 6595
Moscow, PA  18444


Sidney Edwards
737 Pangburn Street
Grand Prairie, TX  75051


Robert Erickson
617 Chicago Street
East Peoria, IL  61611


Virginia Ernst
465 Manor Dr
Seymour, IN  47274


Ron Evans
1320 Southeast Avenue
Tallmadge, OH  44278


Earl Evans
PO Box 522
3461 Canfield Niles Rd
Canfield, OH  44406

James Eyer
401 Adelia
Springfield, IL  62704


Les Fitzgerald
241 Broadway Avenue
Horsham, PA  19044


Robert Flood
PO Box 501
206 N. 1st Street
Newman Grove, NE  68758


Richard Ford
6985 Harmony Circle
Talbott, TN  37877


Michael Fountain
1193 N 1100 W
Farmington, UT  84025


James Fralin
PO Box 5037
Roanoke, VA  24012


Joyce Frey
446 Longfellow Dr
Lancaster, PA  17602


Michael Frye
4427 H Street
Philadelphia, PA  19124

Frederick Gabriel
1030 Hardesty Place W
Columbus, OH  43204


Robby Gaines
4500 US Highway 25
East Bernstadt, KY  40729


Al & Jeffrey Gamble
629 Hawthorne St
Enola, PA  17025


Charlie Gartman
1001 N Berkley #108A
Desoto, TX  75115


Tom Gascoigne
1763 Baseline Rd #450
Grand Island, NY   14072


Robert Gates
211 A Gates Rd
Little Ferry, NJ  07643


James George
841 Old Farm Dr NW
Grand Rapids, MI  49544


Thomas Gerwer
117 7th Avenue
Brandon, SD  57005

Wayne Gestring
849 Avon Rd
Memphis, TN  38122


Edgar Giraldo
PO Box 493
Dover, NJ  07801


Ralph Glaus
PO Box 363
New Athens, IL  62264


Wade Glessner
264 High Mtn Rd
Shippensburg, PA  17257


James Glover
PO Box 1713
Abingdon, VA  24210


Brian Gordiski
68 Byram Shore Rd
Greenwich, CT  06830


Lee Graham
67 Third Ave SW
Pataskala, OH  43062


James Graves
255 E. Main St
Norwalk, OH  44857

Charles Gregg
2314 Rockvale Rd
Lancaster, PA  17602


Richard Griffith
13115 Lester Dr
St. Louis, MO  63138


Ray Groff
PO Box 444
Mount Joy, PA  17522


Samuel Guido
20 Bunker Avenue
Yorkville, NY  13495


Bruce Gunther
360 Meetinghouse Lane
Lancaster, PA  17601


Karen Halday
100 Oakview Dr
West Haven, CT  06516


Robert Hall
2258 Newville Rd
Carlisle, PA  17013


David Halter
927 Oak Dr
Pottstown, PA  19464

Tim Hanna
4125 Marietta Avenue
Mt Joy, PA  17552


James Harner
6 Walnut Ln
Sacramento, PA  17968


Scott Harter
6 Willowbend Ct
Bloomngton, IL  61704


James Hayden Jr
541 Broad St, Box 66
Tatamy, PA  18085


James Hayden
541 Broad St
POB 66
Tatamy, PA  18085


Ryan Heck
455 Hornet Ave Unit 121
Pearl Harbor, HI  96860


Louis & Martha Helterbran
70-351 Old Town Rd
Vernon, CT  06066


Gene Henson
1645 Biloxi Ct
Orlando, FL  32818

Robert Henuset
10975 Dutton Rd
Philadelphia, PA  19154


Ron Hicks
11015 North Farm Rd #139
Brighton, MO  65617


George Hiler
9850 Rosemont Ave #302
Lone Tree, CO  80124


Elmer Hill
98 Lincoln Dr
Pennsville, NJ  08070


Steven Hinkle
933 Valencia Mesa Dr
Fullerton, CA  92835


Kenneth Hoffman
1154 Hasenour Ave
Jasper, IN  47546


Willie Holley
1135 Samuelson St
City of Industry, CA  91748


Larry Holmquist
28543 730th Ave
St James, MN  56081

Andrew Horner
1413 E Chestnut St
Lebanon, PA  17042


Owen Horton Jr.
7571 Thomas Spring Rd
Bridgewater, VA  22812


Gayle Horton
W10757 Jeffrey Rd
Merrillan, WI  54754


Paul Host
3302 N Cramer St
Milwaukee, WI  53211


Douglas Hudson
2335 Buttermilk Crossing #142
Crescent Springs, KY  41017


Lewis Hudson
1655 Banbridge Rd
Kernersville, NC  27284


John & Diana Hunter
130 Quail Haven Dr
Walhalla, SC  29691


Jeff Hunter
3200 Mill Pond Dr
Belbrook, OH  45305

```
Donald Hurlbutt
2114 Lillian St
Bellevue, NE  68147




Ronald Hurst
POB 277
Greenwood, DE  19950




IRS Special Procedures
POB 266, Niag. Sq. Sta.
Buffalo, NY  14201




Jack Butcher
3842 Yew Drive
Columbus, OH  43228




Paul Jakublak
4340 Courtside Dr
Williamstown, MI  48895




Stephen Janiski
8820 Goldentree Lane
Essex, MD  21221




John Jandura
19 Lorraine Drive
Clifron, NJ  07012




Wayne Johnson
16 Pendexter St
Lynn, MA  01960
```

Billy Joyce
3075 Highway 8 South
Walnut Cove, NC  27052


Robert Kanton
1016 Martarano Dr
Throop, PA  18447


Tom Kasper
1101 Honey Lane
New Lenox, IL  60451


Harlan Keeley
239 Ridge Road
Claymont, DE  19703


Barry Kelchner
35 Marsh Hawk
Hackettstown, NJ  07840


Phil Keller
5374 NC Hwy 141
Marble, NC  28905


Dale Kelley
554 Winston St
Grand Prairie, TX  75052


Roger & Donna Kiracofe
122 Millers Rd
Bridgewater, VA  22812

Walter Klefeker
1524 E 700 N
Ossian, IN  46777


Don Kleinschmidt
301 W. Lincoln Ave
Mt. Vernon, IN  47620


Orrin Kline
PO Box 242
Manassas, VA  20108


Jay Klotz
HC2 Box 2512
Unionville Rd
Jim Thorpe, PA  18229


Allan Klubertanz
W10248 Wells Rd
Lodi, WI  53555


Chuck Knill
PO Box 346
Cedar Knolls, NJ  07927


Enze Knisley
124 S Middle St
Leesburg, OH  45135


Dennis Koster
6076 147th Avenue
Holland, MI  49423

Cheryl Kuflik
7621 Little Ave- 3d floor
Charlotte, NC  28226


Robert Kunz
504 Alanbrook Ct
Hillsborough, NC  27278


Christopher Lannon
39 Dodge Hill Rd
Sutton, MA  01590


Mark Laplenski
481 River Road
Agawam, MA  01001


Ronala Lara
PO Box 462, 218 N Main St
Elizabeth, IL  61028


Walter Lasick
920 Maplewood Dr
Castle Shannon, PA  15234


Benjamin Lee
26 Denniston Dr.
Saugerties, NY  12477


Kent Leftwich
2 Janney Cr
Canton, MO  63435

Ronald Leiphart
2271 Delta Rd
Brogue, PA  17309


Bruce Leutschwager
1624 East Main St
Griffith, IN  46319


Ronald Lun
503 Market St
Lacrosse, WI  54601


Marion Lynch
11001 Twosome Dr
San Antonio, FL  33576


William Lyons
6102 Quail Ridge Dr
Lakeland, FL  33813


Ronald & Carol Mackes
Box 112, Kriger Rd
Gilbert, PA  18331


Kenneth Magaw
79 Arbutus Avenue
South Portland, ME  04106


P Ronald Mariani
436 Fourth Street Box 545
Smithton, PA  15479

Mike Marley
16 Hemlock St
Dallas, PA  18612


Alden Martin
402 N. State St
Pioneer, OH  43554


Frank Martin
200 W Webster Ave
Roselle Park, NJ  07204


Mike Martinez
21542 Pointed Oak Lane
Katy, TX  77450


Carlos Martinez
Hwy 518
Sapello, NM  87745


Anthony Mattiucci
925 Little Pond Way
Webster, NY  14580


Don Mazzola
34 Williamsburg Drive
Fairport, NY  14450


Kenneth McKee
611 Sunset Dr
Marengo, IL  60152

Edward McKinnon
255 Citrus Ridge Dr
Davenport, FL  33837


Bert Mederna
106 S Chase Ave
Lombard, IL  60148


Wilson Meier
143 Mckinley St
Massapequa Pk, NY  11762


David Melton
105 Massey Dr
Martinsville, IN  46151


Dale Melton
808 Harrison
Goodland, KS  67735


Matthew Menner
23 Third Avenue
Burlington, MA  01803


Walter Meredith
4421  Danville Pike
Hillsville, VA  24343


Frank & Marlene Messin
28968 Olinda Tr
Lindstrom, MN  55045

```
Ronald Miller
5284 Mill Rd
Emmaus, PA  18049



Brian Miller
2 Goebel Street
Rochester, NY  14620



Jeffrey Miller
7738 Meadowhaven
Dallas, TX  75254



John Miller
771 W Mudpike Rd
Rockwood, PA  15557



Joseph Miller
963 Jefferson Blvd
Hagerstown, MD  21742



George Mitchell
2176 I Avenue
Minburn, IA  50167



Steve Molnar
249 Lawrence Dr
Harrisburg, PA  17112



Robert Montanero
4789 St Hwy 30
Amsterdam, NY  12010
```

Thomas Morford
8226 Bayview Ct
Indianapolis, IN  46256


Roland Morrow
311 W. Lee Etta Dr
Galltin, TN  37066


Tom & Karen Mosher
36855 Weber Dr
Sterling Hts, MI  48310


Stewart Mundy
20 Bellevue Ave
Providence, RI  02914


William Murphy
1378 Carver Road
Griffin, GA  30224


Thomas Murray
2009 Fountain Green Rd
Bel Air, MD  21015


William Neal
25839 Shore Hwy
Denton, MD  21629


Matt Nedeau
37 Thompson St.
Amesbury, MA  01913

```
Donald Nelson
6172 70th St N
Glyndon, MN  56547




Gray Neuweiler
3213 Papillon Ct
Modesto, CA  95356




Charles Nicolo
1502 Barnswallow Dr
Bensalem, PA  19020




James Nixon
1130 Coventry Cr
Lancaster, OH  43130




NYS Depatment of Labor
Insolvency Unit
Bldg 12 Room 256
Albany, NY  12240




NYS Dept. of Tax & Finance
Bankruptcy Unit
PO Box 5300
Albany, NY  12205-0300




William Ocker
88 Logan St
Lewiston, PA  17044




Reld O'Connell
146 Pinecrest Drive
Rochester, NY  14617
```

Sheri Orrick
469 NW Hampshire Ct
Blue Springs, MO  64014

Christopher Osvalds
3238 Thomas Hickey
Joliet, IL  60431

Eldon Parrish
2109 NE 13th St
Moore, OK  73160

Dennis Pennington
258 E Ben Franklin Hwy
Birdsboro, PA  19508

Carol Pennington
4640 Wood Bridge Dr
Kernersville, NC  27284

Ronald & Kim Peters
910 S Humer St
Enola, PA  17025

Robert Petty
115 Dill Dr
Piedmont, SC  29673

Richard Phillips
10 Timberidge Ct
Lake Wylie, SC  29710

Juan Portales
1424 W Price Road
Brownsville, TX  78522


James Portsmouth
273 Rachel Rd
Kennewick, WA  99338


John Posen
957 Wentz Rd
Blue Bell, PA  19422


Angela P'pool
2474 Tennessee Dr
Xenia, OH  45385


Donald Prager
11412 Barley Field Way
Marriottsville, MD  21104


Kevin Pritts
240 E Loyalhanna St
Ligioner, PA  15658


Herman Pruitt
4481 Joseph Dr
Snellville, GA  30039


Ralph Quesada
20844 Parish Pl
Riverside, CA  92508

William Quinn
821 Christianson Ave
Madison, WI  53714


Joseph Rala
102 Marcy Pl
Brick, NJ  08724


Mike Rank
715 Brookeville Drive
Webster, NY  14580


Randy Rawlings
2110 W Hovey St
Normal, IL  61761


Brandon Rawlins
1106 Nestwood Lane
Webster, NY  14580


Robert Reagan
RR 1, Box 1559
Beach Lake, PA  18405


David Resch
2569 Spencerport Rd
Spencerport, NY  14559


Richard Rinschler
555D NE 2nd Lane
Ocala, FL  34470

Michael Ripp
77 Mill St
Bloomfield, NJ  07003


Elwood Roberson
3521 McCuiston Rd Lot 1
Greensboro, NC  27407


James Roberson
825 Coolidge St #510
Honolulu, HI  96826


Jacqueline Roberts
544 Valleyview St
Kent, OH  44240


George Ross
4678 Jefferson Township Lane
Marietta, GA  30065


Ricky Rowe
14528 National Pike
Clear Spring, MD  21722


James Rushing
810 SW 26th St
El Reno, OK  73036


James Russell
3197 N. Sherlock Pt
Hernando, FL  34442

Emory Russell
PO Box 447- Hwy 64
Cimarron, NM  87714


Richard Sabourin
3559 S Lenox St
Milwaukee, WI  53207


Daniel Schaefer
13549 Woodworth Rd
New Springfield, OH  44443


Dennis Schubert
90100 Shady Oak Lane
Kerrick, MN  55756


Eric Scheueneman
1330 Henry Brennan Drive
El Paso, TX  79936


Ron Schuller
RD 1 Box 174B
Tioga, PA  16946


Jack Schunk
PO Box 636
Perrysburg, OH  43552


Charles Schwandt
N5530 State Rd 76
Shlocton, WI  54170

Charles Schwartz
RR6- Box 6548
Moscow, PA  18444


Jay Seidenstricker
2941 Sunset Dr
Dallastown, PA  17313


Wes Senft
917 Dallas Dr
York, PA   17406


Mohamad Sesay
5235 Sage St
MountainHome AFB, ID  83648


Eugene Shanholtz
PO Box 840
Fort Ashby, WV  26719


James Sharpe
363 Lynn Drive
Nashville, TN  37211


Dwight Shearer
RR2- Box 926
New Bloomfield, PA  17068


Al Shumskis
149 Mills Rd
Walden, CA  93612

Jeff Simmons
1140 Maple St
Honey Brook, PA  19344


Fred Simontz
2412 Fosterdale Lane
Winston Salem, NC  27107


James H Smith
 7958 Grant Avenue Rd
Auburn, NY  13021


Calvin Smith
131 Picket Avenue
Frankfort, KY  40601


Carl Smith
5880 Hamilton Rd
Jordan, NY  13080


George Smith
52 Valentine Rd
Northborough, MA  01532


John R Smith
4 Dewalt Drive
Mechanicsburg, PA  17050


Leslie Smith
2906 N. Harrison St
Wilmington, DE  19802

Marvin Smith
394 Lyman Circle
Brunswick, OH  44212


Russell Springer
5 Libby Street
Lisbon Falls, ME  04252


Dave Stallard
3975 Deep Woods Bayou
Door, MI  49323


Donald Stamets
244 Bushkill St
Easton, PA  18042


Ellis & D Brown Stauffer
16 Colt Dr
Mertztown, PA  19539


Paul Stauffer
652 St. Rte 897 E
Newmanstown, PA  17073


John Stephany
32905 395th Ave
Bellevue, IA  52031


Dale Stermer
RR1, Box 42B
Millerton, PA  16936

Richard Strause
190 N. Faust Road
Bethel, PA  19507


Robert Strickler
17 Village Dr
Newmanstown, PA  17073


Dawn Struckle
1812 Cardinal Dr
Cresco, PA  18326


Gary Stuffo
730 Cox Road
Moorestown, NJ  08057


Mike Sydenstricker
811 Talbot St
Belpre, OH  45714


Phillip Teach
14241M Fallingwaters Rd
Williamsport, MD  21795


Renae Thomas
7469 Holly Ct
Riverdale, GA  30274


Steven Thomas
12121 S Land Ave
Oklahoma City, OK  73170

Robert Thomas
RD#3- Box 158
Susquehanna, PA  18847


Thomas Titus
5700 Bear Creek Rd
Fairview, PA  16415


Dale Toms
5670 SW State Route T
Polo, MO  64671


Craig Tucker
1145 Highbrook Avenue
Suite 409
Akron, OH  44301


Ron Turnbaugh
24 Blade Dr
Dover, DE  19901


Edna Turner
9421 Brooks Gap Rd
Fulks Run, VA  22830


Chris Unger
1802 Rt 31 N Suite 2
Clinton, NJ  08809


Winifred Vajdic
204 Reading St
Steelton, PA  17113

David Valenti
9050 Iron Horse Lane #320
Pikesville, MD  21208


Thomas Vancoppenolle
312 Seneca Dr
Montpelier, OH  43453


Vernon Vanover
913 Crescent
Sikeston, MO  63801


Kevin Very
9082 Very Rd
Machias, NY   14101


Dean Vough
1291 Louisiana Ave
Akron, OH  44314


George Walburn
570 S. River Rd
Halifax, PA  17032


Cory Walker
1020 Shoemaker Road
Webster, NY  14580


Lewis Wall
PO Box 879
Chatham, VA  24531

Marshall Waters
284 Randall Ave
Warwick, RI  02889


Richard Way
260 W Orange St
Lake Alfred, FL  33850


Charles Webster
747 Russell Strausse
Cookeville, TN  38501


Rhoda Welch
213 Sycamore Rd
Elkton, MD  21921


Gary Wendt
104 E Comstock Ave
Addison, IL  60101


Rick Werner
2600 Fairview Ave E # 14
Seattle, WA  98102


Chris Westhall
114 Tolland Ave
Stafford Springs, CT  06076


Lester Weyand
1218 N Eaton
Indianapolis, IN  46219

Gordon Wheeler
7 Glenn Street
Cortland, NY  13045


Marvin Wheeler
1902 Stonewall Dr
Union City, TN  38261


John White
219 Wellburg High Point Rd
Winston Salem, NC  27107


Stewart Williams
11 Orchard St
Rensselaer, NY  12144


Gen Wilson
70 S. Wilson St
Muskegon, MI  49442


Dewayne Winthrow
16759 County Rd 24
Mt Blanchard, OH  45867


Bill Woland
19 W 3rd Street
Watsontown, PA  17777


Frank Yaklin
4333 25th Avenue #5
Fort Gratiot, MI  48059

Carl Yowell
5731 Old Ct. Rd.
Baltimore, MD  21244


Mark & Lora Zeiger
1151 Lasalle Ave
Grand Island, NY  14072


Wendell Zentz
158 N Carroll St
Thurmont, MD  21788


Art Zink
610 Ranger Rd
Falbrook, CA  92028


ABF
Rick Nolte
PO Box 10048
Fort Smith, AR  72917


Adair Kaul Law Firm
300 Linden Oaks
Rochester, NY  14625


Advanced Business Machines
1505 Cleveland Drive
Buffalo, NY  14225


Advantage Systems Professional
500 Linden Oaks
Rochester, NY  14625

Advantage Tool & Mold
Steven Pullen
999 Ridgeway Avenue
Rochester, NY  14625


Aim Corrugated Container
PO Box 7575
Lancaster, NY14086


Airborne Express
c/o NCO Financial Services
1804 Washington Blvd
Baltimore, MD  21230


American Express Processing
PO Box 53582

Phoenix, AZ  85072


Phyllis Austin
14 Carob Court
Penfield, NY  14526


B2B Gloves.com, Inc.
PO Box 92351
Rochester, NY  14692


Bailey & Co.
Jane Hoffinger, Esq.
2565 Brighton Henrietta TL Rd
Rochester, NY  14623


Bedford Municipal Court
165 Center Road
Bedford, OH  44146

Sean Bogle
PO 151358
Altamonte Sprs, FL  32701-1358


Tom Britt
11711 College Avenue #100
Carmel, IN  46032


Brothers 2 LP
545 Basket Road
Webster, NY  14580


Capital One
PO Box 85015
Richmond, VA  23285


Carney Plastics
1010 W. Rayen Avenue
Youngstown, OH  44502


Chaspak
230 Commerce Drive
Avon, NY  14414


Christi Plastics, Inc.
215 Tremont Street
Rochester, NY  14608


Citicorp Leasing/Citicapital
PO Box 7247-7878
Philadelphia, PA  19170-7878

Clariant, Masterbatch Division
3631 Collection Center Drive
Chicago, IL  60693


Crowley Foods
Robert Henuset
10975 Dutton Rd
Philadelphia, PA  19154


Crown Electric Supply Co., Inc
PO Box 86, Route 104
Union Hill, NY  14563


Crystal Clean
PO Box 68123
Indianapolis, IN  46268


Curbell, Inc.
PO Box 1850
Buffalo, NY  14240


Davis International/Handone
Studios, Inc.
1225 Clifford Avenue
Rochester, NY  14621


Deco Tools
1541 Coining Drive
Toledo, OH  43612


DG Productions, Inc./
UtilityToy
PO Box 522288
Longwood, FL  32752

Discover Financial Services,
Inc.
POB 3016
New Albany, OH  43054


D-M-E of Canada
PO Box 64155
Detroit, MI  48264


DuPont
21322 Network Place
525 West Monroe Street
Chicago, IL  60661


Exacto
1201 Hickory Street
PO Box 24
Grafton, WI  53024


Express Personnel Service
P.O. Box 268951
Oklahoma City, OK  73126


Fairway Spring Company
PO Box 69
Horseheads, NY  14845


Frontier Telephone
ATTN: J. Coyne/A. Lemberis
180 S. Clinton Avenue
Rochester, NY  14646-0300


G3 Transport
Dan Shields
9135 Boul. Henri-Buourassa Est
Montreal, Quebec CANADA  H1E 1P4

Gilmore & Burland
23300 Chagrin Blvd
Cleveland, OH  44122


Golden Box, The
7 Leonard Drive
East Rockaway, NY  11518


Greenwald Industrial Products
2507 51st Avenue
Hyattsville, MD  20781


Harris Beach LLP
99 Garnsey Road
Pittsford, NY  14534


Harvey-Daco/Central Freight
Mark Tynes
PO Box 7155
Waco, TX  76714


Home Depot
PO Box 105991, Dept 24
Atlanta, GA  30348


Hudson Valley Paper Co.
PO Box 1988
Albany, NY  12201


Ineos Acrylics

Isaac Heating
180 Charlotte Street
Rochester, NY  14607


J&H Screw Products Corp.
1745 Lakeville-E. Avon Road
Avon, NY  14414


J&J Machining
PO Box 5127
Greene, RI  02827


John D'Arpino
252 S. Plymouth Avenue
Rochester, NY  14608


Kenna Communications
554 Jefferson Avenue
Fairport, NY  14450


Land Line Magazine
c/o NCO Financial
PO Box 41593
Philadelphia, PA  19101


LCI
A-1 Country Club Road
E. Rochester, NY  14445


Lucite International
7275 Goddlett Farms Pkwy
Cordova, TN  38016

Manufacturing Self-Insurance
Trust
PO Box 3580
Syracuse, NY  13220


Marks Service Unlimited
488 US Route42
Ashland, OH  44805


Monroe County Sheriff
65 West Broad Street
Rochester, NY  14614


Monroe Litho
39 Delevan Street
Rochester, NY  14605


Mountain Star
Steve Demascio/A. Pinninger
6061 Telegraph Rd
Toledo, OH  43612


National Benefit Life Ins.
333 West 34th Street
New York, NY  10001


National Die Casting Machinery
33 Plan Way
Warwick, RI  02886


National Kard I-95 Corp.
33 Plan Way
Warwick, RI  02886

New Images/US Foods
Chris/Tammy Tatro
PO Box 291, 40 Mariondale Dr
Plantsville, CT  06479


No Other Impressions
10 Symington Place
Rochester, NY  14611


Noco Energy
2440 Sheridan Drive
Tonawanda, NY  14150


Jim Nugent & Nick Marrone
1655 Elmwood Avenue #210
Rochester, NY  14620


Paccar
Barbara McHarg
PO Box 1518
Bellevue, WA  98009


Paint Masters Auto Finishers
3327 Brighton Henrietta TL Rd.
Rochester, NY  14623


Paris Kirwan
PO Box 40420
Rochester, NY  14604


Paychex
PO Box 25509
Rochester, NY  14625

Peerless Insurance
62 Maple Ave
Keene, NH  03431


Pet Foods
Shannon Wilson
747B Simuel Rd
Spartansburg, SC  29301


Pettinger Sheet Metal
Fabrication
101 Saltonstall Street
Canandaigua, NY  14424


Petty Enterprises
Attention: Jim Hannigan
311 Branson Mill Road
Randleman, NC  27317


Piggly Wiggly
Rita Postell
176 Croghan Spur Rd #101
Charleston, SC  29407


Primedia Enterprises
6420 Wilshire Blvd
Los Angeles, CA  90048-5515


Printex
12113 Kirkham Road
Poway, CA  92064


PRN Corporation
18 Blacksmith Road
PO Box 351
Feeding Hills, MA  01030

Providence Metallizing Co.
51 Fairlawn Avenue
Providence, RI  02860


Qualtech Reprographics
111 Humboldt Street
Rochester, NY  14609


RDA Container Corp.
70 Cherry Road
Rochester, NY  14624


Retriever Payment Systems
20405 State  Hwy 249 #700
Houston, TX  77070


Roadway Express
PO Box 93151
Chicago, IL  60673


Rochester Gas & Electric
89 East Avenue
Rochester, NY  14649


Rochester Welding Supply
510 State Street
Rochester, NY  14608


Rotenberg & Co.
1870 Winton Rd. S.
Rochester, NY  14618

S.E. Bennett Co.
c/o Craig Harrick, Esq.
33 River Street
Chagrin Falls, OH  44022


S.R. Bacher
6 Grand Erie Way
Fairport, NY  14450


Safety-Kleen Systems, Inc.
PO Box 382066
Pittsburgh, PA  15250


Sericol, Inc.
12554 Collections Center Dr
Chicago, IL  60693


Service Trucking
Ed Bannon
21700 Eskridge Rd
Bridgeville, DE  19933


Strickner Tool & Design
793 Canning Parkway
Victor, NY  14564


Teamsters Local Union 36
Ed Mattas
4626 Mercury St
San Diego, CA  92111


Total Logistics Control
Linda Nienhuia
10875 Chicago Dr
Zeeland, MI  49464

Trumpler Clancy
PO Box 483
Hamburg, NY 14075

United Commercial Collection
105 Earhart Drive
Buffalo, NY 14221

United Parcel Service
PO Box 650580
Dallas, TX 75265

United States Plastic Corp.
1390 Neubrecht Rd.
Lima, OH 45801

Upstate Litho, Inc.
c/o Credit Mediators, Inc.
PO Box 456
Upper Darby, PA 19082

WNY Computing Systems
1100 Pittsford-Victor Rd.
Pittsford, NY 14534

Xpedx
PO Box 371083
Pittsburgh, PA 15250

Xpert Paint
Dept 1451
Denver, CO 80291

```
David & Patricia Lowe
PO Box 445
Webster, NY  14580
```